**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., and DONATA BANKS, Plaintiffs, | ) ) ) ) ) | |
| v. | ) ) | Case No. 1:20-cv-1176-TWP-DLP |
| VICKI NEW, KIRKPATRICK MANAGEMENT COMPANY, INC., and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., Defendants. | ) ) ) ) ) ) | |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants Kirkpatrick

Management Company, Inc. and Twin Creeks Homeowners Association, Inc. (collectively "the

Twin Creek Defendants"), by counsel, respectfully move the Court for judgment on the

pleadings as to all counts in the Complaint filed by Plaintiffs Donata Banks and Fair Housing

Center of Central Indiana, Inc. on the grounds that there are no genuine issues of material fact

and that the facts shown by the pleadings entitle Defendants to judgment as a matter of law.

Contemporaneously herewith, Defendants have filed their Brief in Support of Motion for

Judgment on the Pleadings.

WHEREFORE, Defendants Twin Creeks Homeowners Association, Inc. and Kirkpatrick

Management Company, Inc. respectfully request that the Court enter judgment on the pleadings

in their favor and against Plaintiffs as to the First Claim, Second Claim, Third Claim, Fourth

Claim, and Sixth Claim of the Complaint, and award all other and proper relief.

Respectfully submitted,

/s/ Crystal S. Wildeman
Crystal S. Wildeman, IN #26603-82
WOODEN MCLAUGHLIN LLP
25 N.W. Riverside Drive, Suite 310
Evansville, Indiana 47708
812-401-6151
812-401-6444
Crystal.Wildeman@WoodenLawyers.com

/s/ Jere A. Rosebrock
Jere A. Rosebrock, IN #26566-49
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN  46204-4208
317-639-6151
317-639-6444 FAX
Jere.rosebrock@woodenlaywers.com

Attorneys for Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc.

## CERTIFICATION OF TRIAL RULE 5(G) COMPLIANCE & VERIFICATION/CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020 a copy of the foregoing *Motion for Judgment on the Pleadings* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Macey
MACEY SWANSON LLP
445 N. Pennsylvania, Suite 401
Indianapolis, IN  46204

Lisa Cristol-Deman
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA  94060

2

Attorneys for Plaintiffs

and via First Class, U.S. Mail to the following:

Vicki New
3372 Roundlake Lane
Whitestown, IN  46075

Pro Se

/s/ *Crystal S. Wildeman*
Crystal S. Wildeman, IN 26603-82