## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,**<br><br>        **Plaintiff,**<br><br>    **vs.**<br><br>**VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,**<br><br>        **Defendants.** | ) **Case No.:  1:20-cv-1176-TWP-DLP**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION AND MOTION TO SERVE DEFENDANT VICKI NEW BY PUBLICATION OR EMAIL; OR IN THE ALTERNATIVE, TO ENLARGE TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT VICKI NEW

Pursuant to Rule 4 and Rule 6 (b)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby move for an order permitting service by publication or email on defendant Vicki New, or in the alternative, an order extending time for service of the summons and complaint on Vicki New by 60 days. The other two defendants, Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc. do not oppose this motion.

This motion is supported by the memorandum of points and authorities, declarations of Liza Cristol-Deman and Jeffrey A. Macey, and exhibits thereto, filed herewith, and all other documents filed in this matter. A proposed order is lodged herewith.

There is good cause for issuance of the order plaintiffs seek, because defendant Vicki New has evaded personal and mail service, has concealed her whereabouts, and has received

1

actual notice of the complaint. Plaintiffs have diligently attempted to serve Vicki New using certified mail and in-person service at her valid and current address. Plaintiffs also have emailed all relevant documents to Ms. New at her verified email address. These factors demonstrate good cause to deem service by email effective. In the alternative, the same factors warrant an order granting service by publication, or a 60-day extension of time to serve Ms. New.

Dated:  July 10, 2020.

Respectfully submitted,

MACEY SWANSON LLP
 /s/ Jeffrey A. Macey
  Jeffrey A. Macey (IN 28378-49)
 jmacey@maceylaw.com
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
Tel:   (317) 637-2345
Fax:  (317) 637-2369

BRANCART & BRANCART
*/s/ Liza Crisol-Deman*
  Liza Cristol-Deman (CA190516)
   lcristoldeman@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on July 10, 2020, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **NOTICE OF MOTION AND MOTION TO SERVE DEFENDANT VICKI NEW BY PUBLICATION OR EMAIL; OR IN THE ALTERNATIVE, TO ENLARGE TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT VICKI NEW** – upon the following attorneys:

Jeffrey A. Macey
Macey Swanson LLP
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
*jmacey@maceylaw.com*

Crystal S. Wildeman
Wooden McLaughlin LLP
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
*crystal.wildeman@woodenlawyers.com*

Jere A. Rosebrock
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 43204-4208
Jere.rosebrock@woodenlawyers.com

*/s/ Liza Cristol-Deman*

3