**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.:  1:20-cv-01176 TWP-DLP** |
| **Plaintiff,** | |
| **vs.** | |
| **VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,** | |
| **Defendants.** | |

**DECLARATION OF JEFFREY A. MACEY IN SUPPORT OF MOTION TO SERVE DEFENDANT VICKI NEW BY PUBLICATION OR EMAIL; OR IN THE ALTERNATIVE, TO ENLARGE TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT VICKI NEW**

I, Jeffrey A. Macey, do hereby declare:

1. I am an attorney licensed to practice law in Indiana and this district, and I am one of the attorneys of record for plaintiffs in this action. I have personal knowledge of the facts set forth below and if called upon, would and could testify competently to these facts.

2. Together with my co-counsel, I have diligently attempted to serve the summons and complaint on defendant Vicki New. The efforts to locate Ms. New and effect service that were undertaken by my co-counsel are detailed in the declaration of Liza Cristol-Deman, filed concurrently herewith.

3. My office arranged for the summons and complaint to be sent to Ms. New's residence via

1

certified mail. On May 4, 2020, I enclosed the summons, complaint, and other required documents in an envelope addressed to Ms. Vicki New at the Roundlake Lane address and mailed it via certified mail with return receipt requested. The envelope was returned to plaintiffs by the USPS and marked "Unclaimed" with the return receipt still attached. According to the return-to-sender delivery instructions, it was returned to my office on June 22, 2020.  A true and correct copy of the envelope and receipt are attached hereto as **Exhibit 1**.

4. My office has received numerous phone calls from Ms. New and my assistant spoke with her on at least three occasions.

5. Ms. New has left many voicemail messages on my office voice mail. For example, on June 11, 2020, she left me this voicemail:

"Mr. Macey, my name is Vicki New. My husband and I are frequently mentioned in this housing discrimination complaint, and this couldn't be any more fraudulent, fictitious or fabricated if I really tried to write a characterization cartoon for Disney. There isn't anything that is true about anything that is written. In fact, we know the homeowner of the renters that are mentioned in your... this Donata Banks. And by the way, that also is not her last name that we knew her by, and her husband was never on the lease. We are having serious problems with this complaint and are being threatened with lawsuits. We already have a complaint that's been filed with the United States Department of Justice, and would appreciate a phone call back why this defamation of character and these fraudulent false accusations are continuing two years after we moved out of Marion County. Please give us a call back. 317-695-4743. Thank you."

6. On June 12, 2020, Ms. New left me another voicemail:

"Mr. Macey, my name is Vicki New. I've been trying to get a hold of somebody within your firm and I guess since you've signed the document that we found online the other day, my husband and I feel very, very angered by the stuff that has been written. And that not surprisingly to us, not a ounce of it is true. And how in all the world you can sign your name to something as untrue as this, is really very... I don't understand it."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of July, 2020.

*/s/ Jeffrey A. Macey*
Jeffrey A. Macey
