**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,** ) | **Case No.:  1:20-cv-1176-TWP-DLP** |
| **Plaintiff,** ) | |
| **vs.** ) | |
| **VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,** ) | |
| **Defendants.** ) | |

**PROPOSED ORDER RE SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT VICKI NEW**

Plaintiffs have filed an unopposed motion for an order permitting service by publication or email on defendant Vicki New, or in the alternative, an order extending time for service of the summons and complaint on Vicki New by 60 days. The other two defendants named in this matter, Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc., did not oppose plaintiffs' motion.

The motion and supporting declarations submitted by plaintiffs demonstrate that Defendant Vicki New has evaded personal and mail service, has concealed her whereabouts, and has received actual notice of the complaint. Plaintiffs have diligently attempted to serve Vicki New using certified mail and in-person service at her valid and current address. Plaintiffs also have emailed all relevant documents to Ms. New at her verified email address. These factors demonstrate good cause to deem service by email effective. Defendant Vicki New is hereby

deemed served as of July 7, 2020.

[In the alternative, the same factors warrant an order granting service by publication. The Clerk of the Court shall issue the summons attached hereto. Plaintiffs shall have the issued summons published three times by the *Lebanon Reporter*, which serves Boone County, or any other newspaper of general circulation that serves Boone County and publishes such notices. The first publication shall take place promptly after the summons is issued, and again on two more occasions at least seven and not more than fourteen days after the prior publication. Following the three publications, plaintiffs shall file a notice attaching declarations of the printer containing a copy of the summons which was published, information or a statement that the newspaper and the publication meet all legal requirements applicable to such publication, and the dates of publication.]

[In the alternative, the same factors show good cause for a 60-day extension of time to serve Vicki New. The time for service is hereby extended for 60 days, up to and including September 13, 2020.]

**IT IS SO ORDERED.**

Dated:  July ____, 2020.

_____
Judge Tanya Walton Pratt
United States District Court

2

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on July 10, 2020, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **PROPOSED ORDER RE SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT VICKI NEW** – upon the following attorneys:

Jeffrey A. Macey
Macey Swanson LLP
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
*jmacey@maceylaw.com*

Crystal S. Wildeman
Wooden McLaughlin LLP
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
*crystal.wildeman@woodenlawyers.com*

Jere A. Rosebrock
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 43204-4208
Jere.rosebrock@woodenlawyers.com

*/s/ Liza Cristol-Deman*

3