**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,** ) ) ) ) **Plaintiff,** ) ) **vs.** ) ) ) **VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,** ) ) ) ) ) ) ) **Defendants.** ) | **Case No.:  1:20-cv-1176 TWP DLP** **Acknowledged** TWP July 20, 2020 |

**NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT**

Pursuant to Local Rule 6-1, Plaintiffs Fair Housing Center of Central Indiana, Inc. and Donata Banks provide the following Notice of Automatic Extension of Time to respond to Defendants' Motion for Judgment on the Pleadings, Documents 13 and 14.

1.     Defendants filed and served their Motion for Judgment on the Pleadings on June 26, 2020.

2.     Pursuant to Local Rule 7-1(c)(2), the deadline for plaintiffs' opposition to this motion is July 17, 2020.

1

3.    Plaintiffs notify the court that plaintiffs hereby exercise the automatic extension of time under Local Rule 6-1 for 28 days, up to and including August 14, 2020.

4.    Defendants who have appeared in this action have no objection to this automatic extension.

5.    This is the first request for an extension of time for responding to this motion.

6.    This extension of time does not affect any other deadline. The court has not yet set any deadlines, hearings, or a trial date.

*   *   *

Dated:   July 14, 2019.

Respectfully submitted,

| | |
|---|---|
| MACEY SWANSON LLP | BRANCART & BRANCART |
| Jeffrey A. Macey | */s/ Liza Cristol-Deman* |
| jmacey@maceylaw.com | Liza Cristol-Deman (CA190516) |
| 445 N. Pennsylvania Street | cbrancart@brancart.com |
| Suite 401 | Post Office Box 686 |
| Indianapolis, Indiana 46204 | Pescadero, CA 94060 |
| Tel:   (317) 637-2345 | Tel:   (650) 879-0141 |
| Fax:   (317) 637-2369 | Fax:   (650) 879-1103 |

Attorneys for Plaintiffs

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 5, 2019, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT**

– upon the following attorneys:

Jeffery S. Macey
Macey Swanson
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
*jmacey@maceylaw.com*

Crystal S. Wildeman
Wooden McLaughlin LLP
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
*crystal.wildeman@woodenlawyers.com*

Jere A. Rosebrock
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 43204-4208
Jere.rosebrock@woodenlawyers.com

*/s/ Liza Cristol-Deman*