UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FAIR HOUSING CENTER OF CENTRAL       )
INDIANA, INC.,                       )
DONATA BANKS,                        )
                                     )
                Plaintiffs,          )
                                     )
          v.                         )        No. 1:20-cv-01176-TWP-DLP
                                     )
VICKI NEW,                           )
KIRKPATRICK MANAGEMENT               )
COMPANY, INC.,                       )
TWIN CREEKS HOMEOWNERS               )
ASSOCIATION, INC.,                   )
                                     )
                Defendants.          )

## ORDER

This matter comes before the Court on Plaintiff's Notice of Motion and Motion to Serve Defendant New by Publication or Email; or in the Alternative, to Enlarge Time to Serve Summons and Complaint on Defendant Vicki New, Dkt. [16].

The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART WITHOUT PREJUDICE** said Motion. The Plaintiff shall have to and including **September 15, 2020** by which to serve a summons and complaint on Defendant Vicki New.

Should the Plaintiffs fail in effectuating service after further search, Plaintiffs may renew the motion for service by publication or email. Any renewed motion must set forth with specificity all efforts undertaken by Plaintiff to locate Vicki New and all efforts to perfect service.

So ORDERED.

Date: 7/24/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.