## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,** ) ) ) ) | **Case No.:  1:20-cv-1176 TWP DLP** |
| **Plaintiff,** ) ) | |
| **vs.** ) ) ) | |
| **VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,** ) ) ) ) ) ) | |
| **Defendants.** ) ) | |

### PLAINTIFFS' PRELIMINARY EXHIBIT LIST

Pursuant to the Joint Case Management Plan issued by the Court, Plaintiffs

Fair Housing Center of Central Indiana, Inc. and Donata Banks, by and through

their counsel, hereby submit their preliminary exhibit list. This list is being

provided without the benefit of discovery and while investigation is ongoing.

Plaintiffs reserve the right to supplement this list directly or otherwise through

information provided during discovery. Plaintiffs also reserve the right to not offer

the exhibits listed below in evidence.

///

///

///

## TABLE 1 – PLAINTIFFS' PRELIMINARY EXHIBIT LIST

| *No.* | *Description* |
| --- | --- |
| 1 | Twin Creeks Declaration of Covenants, Conditions and Restrictions |
| 2 | Correspondence between Vicki New and Twin Creeks HOA/Kirkpatrick Management |
| 3 | Video of Vicki New harassment of neighbor |
| 4 | Donata Banks Facebook Screenshots dated 05/06/18-09/18/18 |
| 5 | Twin Creeks Residents Map |
| 6 | Fair Housing Center of Central Indiana ("FHCCI") records showing complaints, investigation, and outreach and education |
| 7 | Indiana Civil Rights Commission records in FHCCI and Banks v. all defendants, including reasonable cause determination and charge |
| 8 | Property records re Vicki New's dwelling (deeds, property card) |
| 9 | Documents and videos regarding harassment by Vicki New of Twin Creeks residents |
| 10 | News reports re Vicki New's harassment and arrest |
| 11 | Vicki New criminal files, including police reports |
| 12 | Rules & Standards for Homeowners of the Twin Creeks HOA |
| 13 | Screenshots from websites of Twin Creeks HOA and Kirkpatrick Management |
| 14 | Documents re litigation in Twin Creeks HOA vs. New, Marion County Superior Court |
| 15 | Voicemails from Vicki New |
| 16 | Documents reflecting HUD/ICRC case in Cheater vs. Kirkpatrick Management Co. |
| 17 | Documents reflecting small claims litigation in New vs. Smith, Coffee, Young, Patterson, and Chandler |
| 18 | 2009 letters to homeowners from Kirkpatrick Management selection as management company |
| 19 | Any other relevant documents uncovered in discovery and investigation from any source |

Plaintiffs' preliminary witness list is filed concurrently herewith.

\* \* \*

Dated:   August 24, 2020.

Respectfully submitted,

| | |
|---|---|
| MACEY SWANSON LLP | BRANCART & BRANCART |
| Jeffrey A. Macey | */s/ Liza Cristol-Deman* |
| jmacey@maceylaw.com | Liza Cristol-Deman (CA190516) |
| 445 N. Pennsylvania Street | cbrancart@brancart.com |
| Suite 401 | Post Office Box 686 |
| Indianapolis, Indiana 46204 | Pescadero, CA 94060 |
| Tel:   (317) 637-2345 | Tel:   (650) 879-0141 |
| Fax:   (317) 637-2369 | Fax:   (650) 879-1103 |

Attorneys for Plaintiffs

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 24, 2019, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **PLAINTIFFS' PRELIMINARY EXHIBIT LIST**

– upon the following attorneys:

Jeffery A. Macey
Macey Swanson
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
*jmacey@maceylaw.com*

Crystal S. Wildeman
Wooden McLaughlin LLP
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
*crystal.wildeman@woodenlawyers.com*

Jere A. Rosebrock
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 43204-4208
Jere.rosebrock@woodenlawyers.com

*/s/ Liza Cristol-Deman*