UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., and DONATA BANKS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No.:  1:20-cv-01176 TWP-DLP |
| VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC., and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS KIRKPATRICK MANAGEMENT COMPANY, INC. AND TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc. (collectively "Twin Creeks Defendants"), by counsel, provide the following preliminary list of witnesses they may call at the trial of this action.  Twin Creeks Defendants expressly reserve the right to amend or supplement this list as additional information is discovered.  Twin Creeks Defendants further expressly reserve the right not to call at trial individual witnesses listed below.

PRELIMINARY WITNESS LIST

1.    Any and all witnesses listed in the Plaintiffs' Preliminary, Supplemental, or Final Witness Lists, including but not limited to:

      a.   Angela Adams

      b.   Pamela Baker

      c.   Kent Baker

      d.   Donata Banks

    e.   Corey Banks

    f.   Tecarra Bass

    g.   Betty Bowman

    h.   Darryl Crenshaw

    i.   Tonita Diaz

    j.   Latheresa Diaz

    k.   Jeff Foster

    l.   Amy Nelson

    m.   Brady Rippberger

    n.   Ruby Tregnano

    o.   Noe Rojas

    p.   Quinonez Lizeth Gamez

    q.   James New

    r.   Vicki New

    s.   Luvia Roman

    t.   Miguel Rios

    u.   Wyatt Smith

    v.   Seanna Tisdel

    w.   Essence Vinson

    x.   Vincent White

    y.   Mike Patterson

    z.   Members of the Twin Creeks Homeowners Association Board

2.    Employee(s) or agent(s) of Kirkpatrick Management Company, Inc.

3.    Employee(s) or agent(s) of Twin Creeks Homeowners Association, Inc.

4.    Any and all present or former employees or members of the Board of Directors of the Fair Housing Center of Central Indiana ("FHCCI"), Plaintiff herein.

5.    Any person whose deposition is taken in this matter or who is mentioned in any deposition taken in this matter.

6.    Any person identified by any other party in disclosures in this action.

7.    Any person identified during the course of discovery in this matter.

8.    Any expert retained by any party to this matter.

9.    All persons whose statements are relied upon by experts.

10.    Any witnesses necessary to for foundation and/or authentication of documents, records, or exhibits.

11.    All witnesses necessary for rebuttal or impeachment.

## PRELIMINARY EXHIBIT LIST

Twin Creeks Defendants may offer the following exhibits at the trial of this matter. Twin Creeks Defendants expressly reserve the right to amend or supplement this list as discovery continues. Twin Creeks Defendants further expressly reserve the right not to offer at trial individual exhibits listed below.

1.    All Pleadings and other documents filed or served in this case.

2.    All exhibits listed in any party's preliminary, supplemental, or final exhibit list.

3.    Discovery responses served by any party in this case, including all documents produced.

4.    All depositions taken in this case, including all exhibits.

5. Documents produced or created in the Indiana Civil Rights Commission under ICRC No.: Hora19050297 and HUD 05-19-5279-8;

6. Vicki News' criminal records arising out of activities on or about August of 2018.

7. All documents and records evidencing ownership of the home in the Twin Creeks subdivision that Plaintiff Donata Banks was renting at all times relevant to this action.

8. All documents and records relating to the contract between Plaintiff Donata Banks and the owner of the home in Twin Creeks that Plaintiff Donata Banks was renting at all times relevant to this action.

9. Declaration of Covenants, Conditions & Restrictions for Twin Creeks dated January 29, 1993.

10. Letters from Twin Creeks Homeowners Association to Defendant Vicki New relating to her actions that are at issue in this case.

11. All documents relating to FHCCI's investigation into Banks' allegations.

12. All documents relating to FHCCI's investigation into discriminatory conduct by the Twin Creeks Defendants, including but not limited to copies of any surveys of residents and notes from any interviews of residents.

13. All communications by FHCCI employees or agents to third parties concerning the Twin Creeks Defendants.

14. All documents evidencing communications between Plaintiff Donata Banks and Defendants Twin Creeks Homeowners Association, Inc. and/or Kirkpatrick Management Company, Inc.

15. CVs for all experts retained by any party in this case.

16. Any expert report or testimony produced by any party in this case, including any

documents the expert reviewed or utilized in preparation for providing the report or testimony.

17.    Any additional exhibits identified during ongoing discovery.

18.    Any exhibits necessary for impeachment or rebuttal.

Respectfully submitted,

*/s/ Crystal S. Wildeman*
Crystal S. Wildeman, IN #26603-82
WOODEN MCLAUGHLIN LLP
25 N.W. Riverside Drive, Suite 310
Evansville, Indiana 47708
812-401-6151
812-401-6444
Crystal.Wildeman@woodenlawyers.com

*/s/ Jere A. Rosebrock*
Jere A. Rosebrock, IN #26566-49
WOODEN MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN  46204-4208
317-639-6151
317-639-6444 FAX
Jere.rosebrock@woodenlaywers.com

Attorneys for Defendants Kirkpatrick Management
Company, Inc. and Twin Creeks Homeowners
Association, Inc.

## CERTIFICATION OF TRIAL RULE 5(G) COMPLIANCE & VERIFICATION/CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, a copy of the foregoing *Defendants Preliminary Witness and Exhibit Lists* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

Jeffrey A. Macey
MACEY SWANSON LLP
445 N. Pennsylvania, Suite 401
Indianapolis, IN 46204

Liza Cristol-Deman
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA 94060

*Attorneys for Plaintiffs*

In addition, the following party was served via First Class, U.S. Mail:

Vicki New
3372 Roundlake Lane
Whitestown, IN 46075

*Pro Se*

/s/ *Crystal S. Wildeman*
Crystal S. Wildeman, IN 26603-82