# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS, <br><br> Plaintiff, <br><br> vs. <br><br> VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., <br><br> Defendants. | ) Case No.: 1:20-cv-1176 TWP DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT VICKI NEW

On September 13, 2020, the summons and complaint were personally served on Defendant Vicki New at her residence. A proof of service is attached hereto.

Dated:   September 15, 2020.

| | |
|---|---|
| MACEY SWANSON LLP | BRANCART & BRANCART |
| Jeffrey A. Macey | */s/ Liza Cristol-Deman* |
| jmacey@maceylaw.com | Liza Cristol-Deman (CA190516) |
| 445 N. Pennsylvania Street | lcristoldeman@brancart.com |
| Suite 401 | Post Office Box 686 |
| Indianapolis, Indiana 46204 | Pescadero, CA 94060 |
| Tel:   (317) 637-2345 | Tel:   (650) 879-0141 |
| Fax:  (317) 637-2369 | Fax:  (650) 879-1103 |

Attorneys for Plaintiffs

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-1176-TWP-DLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Vicki New</u> was received by me on *(date)* <u>Sep 11, 2020, 4:04</u> <u>pm</u>.

☒ I personally served the summons on the individual at *(place)* <u>3372 Roundlake Ln, Whitestown, IN 46075</u> on *(date)* <u>Sun, Sep 13 2020</u> ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/14/20

_____
Server's signature

Raymond Bandy, Process Server
_____
*Printed name and title*

5335 N Tacoma Ave Ste 5, Indianapolis, IN 46220
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 13, 2020, 3:07 pm EDT at 3372 Roundlake Ln, Whitestown, IN 46075 received by Vicki New.
Age: 55-60; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Gray;
Vicki New opened the door, identified herself, but refused the documents. Drop serve.

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on September 15, 2020, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **PROOF OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT VICKI NEW**

– upon the following attorneys:

Jeffery A. Macey
Macey Swanson
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
*jmacey@maceylaw.com*

Crystal S. Wildeman
Wooden McLaughlin LLP
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
*crystal.wildeman@woodenlawyers.com*

Jere A. Rosebrock
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Jere.rosebrock@woodenlawyers.com

*/s/ Liza Cristol-Deman*