United States District Court
for the
Southern District of Indiana

November 10, 2020

Cause No: 1:20-cv-1176-TWP-DLP

**FILED**

**11/12/2020**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

US District Court Clerk
Room #105
46 E. Ohio Street
Indianapolis, In. 46204

In response to again documents that have been received we are again responding.

Copies of letters we have sent and copies of alleged documents are included. The copy of the document "summons in a civil action" was brought to our house by a plain clothed man, no identification and dropped the paper work in our driveway. The only addresses in this document are those of Jeff Macey and Liza Cristol-Deman, for which we responded.

We responded to these parties and have sent copies of other responses from this year and a picture of the NOOSE that was left in our yard.

The results; from this action was Hate Mail and our moving from our house. Our Real-estate refused to put his name on the For Sale sign and did not want these people to know who he was.

The poor reputation of the parties who are supposed to deliver or serve documents or paperwork Stands!! A Law professor at IUPUI gave a lecture on the lack of service or the "Notorious failure to deliver or serve papers is the reputation of any of the parties involved. This information is also known by officers outside of Marion County and Indianapolis. The paper work is marked as "served" than dropped in some convenient receptacle. Bad yes but it puts a party as us in a bad position of not being served or knowing what is going on. Also if documents are online somewhere you have to be an Attorney to access this information.

The Statute of Limitations is over for this situation and as my counselor told me "Time to turn the page". We agree.

Sincerely,

Vicki & Jim New

FACT:  Black's Law Dictionary: 1. Something that actually exists; as aspect of reality. 2. An actual or alleged event or circumstance, as distinguished from its legal effect, consequences, or interpretation. 3. An evil deed; a crime.

PERJURY:  Black's Law Dictionary: The act or an instance of a person's deliberately making material false or misleading statements while under oath.

## Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

### Article 6: Right to a fair and public hearing

1. In the determination of his civil rights and obligations or of any criminal charge against him, everyone is entitled to a fair and public hearing within a reasonable time by an independent and impartial tribunal established by law. Judgment shall be pronounced publicly but the press and public may be excluded from all or part of the trial in the interest of morals, public order or national security in a democratic society, where the interests of juveniles or the protection of the private life of the parties so require, or to the extent strictly necessary in the opinion of the court in special circumstances where publicity would prejudice the interests of justice.

2. Everyone charged with a criminal offence shall be presumed innocent until proved guilty according to law.

3. Everyone charged with a criminal offence has the following minimum rights:

- to be informed promptly, in a language which he understands and in detail, of the nature and cause of the accusation against him
- to have adequate time and facilities for the preparation of his defense
- to defend himself in person or through legal assistance of his own choosing or, if he has not sufficient means to pay for legal assistance, to be given it free when the interests of justice so require
- to examine or have examined witnesses against him and to obtain the attendance and examination of witnesses on his behalf under the same conditions as witnesses against him
- to have the free assistance of an interpreter if he cannot understand or speak the language used in court.

# Fair Trial in Civil Cases: A Right or A Privilege?

Justice Alexander Osei Tutu April 10, 2020 5:00 am 2

### Introduction

The concept of 'fair trial' was traditionally associated with criminal proceedings. This article seeks to examine the origin of the concept and how it has been recognized as a fundamental human right in a number of regional and international instruments. The telescope will be thrown at various jurisdictions to see how they have

extended the concept to cover civil and administrative proceedings. The latter part of the discussion will focus on Ghana where we will find out whether fair trial is a right guaranteed in civil cases as well.

**Meaning of a 'fair trial'**

A 'Fair trial' is defined as a trial by an impartial and disinterested tribunal in accordance with regular procedures. The term is synonymous with a fair and impartial trial.[1] In the United States of America (USA) and Brazil, it is referred to as *'due process' (*And in this context, it is procedural due process as opposed to substantive due process)[2] while in Portugal[3] and Angola[4], it is called *'fair process'*.

Many text writers have not shied away from describing 'fair trial' as a human right. Ian Langford observed: *"The right to a fair trial is a basic human right and essential for the prevention of the abuse of all other human rights*[5]. On his part, Bingham noted that the right to a fair trial is generally construed in the light of the rule of law, as its cardinal requirement.[6] It is frequently perceived to be one of the basic fundamental guarantees for the respect of democracy and the rule of law and thus represents a standard by which a state's commitment to democracy and the rule of law is measured.

**The Pillars of the Right to a Fair Hearing**

Ana Koprivica on the core of the right to a fair hearing pointed out: *"[D]espite the virtually universal recognition of the significance of the right to a fair trial in general, and in civil law cases in particular, the constitutive elements thereof are diverse and constantly evolving… [T] hus, providing a universal definition of the concept is an impossible and challenging task"*.

Nonetheless, the following have generally been identified as the underlying elements of fair trial:

  a. Right of access to a court[7]
  b. Right to be heard by a competent, independent and impartial tribunal[8]
  c. Right to 'equality of arms'[9]
  d. Right to public hearing[10]
  e. Right to legal aid where necessary[11]

Nonetheless, the following have generally been identified as the underlying elements of fair trial:

  a. Right of access to a court[7]
  b. Right to be heard by a competent, independent and impartial tribunal[8]
  c. Right to 'equality of arms'[9]
  d. Right to public hearing[10]
  e. Right to legal aid where necessary[11]
  f. Right to be heard within a reasonable time[12]

Jim New, Mr. New, or the News; You have mentioned Jim New or the News throughout the contents of these complaints yet all mailings and paperwork only addresses Vicki New. A clear violation of the constitution rights of Jim New Mr. New or the News to a fair and impartial hearing as to what actually happened. We feel this entire situation is all one sided. The fact is if you are going to include Jim New, James New or the News you need to change your defendant list or rewrite your complaints to exclude Jim New and the News as we feel this is a violation of the Constitution to a fair hearing.

These facts from our United States Constitution are brought up because throughout the nature of the complaints associated with The Fair Housing Center of Central Indiana and

Donata Banks AKA Donata Brown and the Indiana Civil Rights this alleged information is extremely disturbing.

It's now time to cease and desist with all the complaints. James & Vicki New were forced from owe Twin Creeks home in 2018 costing us over $100,000.00 because of the constant harassment from Donata Banks/AKA Donata Brown and other neighbors. From what we can tell Donata Banks/ Donata Brown has made herself the "person in charge of all complaints" actions and or events. These instances have never been witnessed; this is just "hearsay and second hand information".  Facts in this case and the incidents are clearly inflated and fraudulent, fictitious and become more and more unbelievable each time they are told. The nature of our complaint is a conflict of interest with Kirkpatrick, and we could not get an Attorney to represent us until we contacted the U.S. Department of Justice Josh Minkler's office. They were anxious to help us and wanted our complaint immediately.

James & Vicki New filed a complaint with the Department of Justice Josh Minkler and this 40 page complaint has been transferred to Washington DC. It includes: the City of Indianapolis, Marion County, IMPD, News Media, Social Media, and Residents in the Twin Creeks neighborhood for the serious Civil Rights violations. We are not going through the entire list of complaints entered since March of this year just know the complaint we filed covers all aspects of this situation. Oh let's not forget the NOOSE that was left in our yard; or the Block party initiated and hosted by Donata Banks/AKA Donata Brown to talk about Jim & Vicki New, slander our name and defame our character and also the numerous HATE MAIL we received because of the news and social media postings. All of this and much more were extremely frightening situations. This is just a small sample of the situations that went on during our time on Twin Creeks Dr.

True Facts: Vicki New was arrested, I never went to jail, was released from the processing area August 31, 2018, I never had to pay any money. I did 2 weeks of community service through my own work as an Advocate of the Celiac Foundation. When the bond was paid Marion County lied about when it was paid and Marion County threatened to keep me there over the Labor Day weekend. This case was taken over by a Public Defender and the Marion County Prosecutor; was dropped and dismissed and the bond money returned. In the process of all this Marion County has lied about the facts of this incident. The foundation I am affiliated with has a ruling with the Department of Justice that my treatment by the mentioned parties is a clear violation of My Civil Rights.

True Fact: Jim New does not now nor has he ever owned a gun.

Jim New, Mr. New, or the News; You have mentioned Jim New or the News throughout the contents of these complaints yet all mailings and paperwork only address Vicki New. A clear violation of the constitution rights of Jim New Mr. New or the News to a fair and impartial hearing as to what actually happened. We feel this is all one sided. The fact is if you are going to include Jim New, James New or the News you need to change your defendant list or rewrite your complaints to exclude Jim New and the News so that we are according to the Constitution getting a fair hearing.

Now with all that at age 70 we have compromised immune systems and now with Covid19 we are and continue to be exempt from any gatherings. Vicki New has Celiac Disease an Autoimmune Disease affecting the GI Tract and a Heart Condition.  Jim New is a Cancer

survivor. All the paperwork is in the hands of the Special Litigation Section Civil Rights Division Department of Justice in Washington DC.

Submitted,


James New & Vicki New