THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460

5 NOV 2020 PM 2 L

000 50

Refused

Vicki New
3372 Roundlake Lane
Whitestown, IN 46075

FILED

NOV 16 2020

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

NIXIE        462    DE 1700      0011/13/20
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 46204199999      *1812-05686-05-42

46075-559472