FILED

12/11/2020

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

US District Court Clerk
Room #105
46 E. Ohio Street
Indianapolis, In. 46204

Cause No. 1:20-cv-1176-TWP-DLP
December 9, 2020

## AN EMERGENCY REQUEST TO
## SET ASIDE JUDGMENT AND DISMISS THIS CASE
## AWARD A PROTECTIVE ORDER FOR JAMES & VICKI NEW

James & Vicki are requesting the Default Judgment be set aside. We have been told by court clerks that there were Hearings on:

July 16, 2020          Initial Pre Trial Conference
October 13, 2020       Status Conference Motion filed for Default Judgment
November 4, 2020       Order Entry Default Judgment
November 12, 2020    A Follow up Conference

James & Vicki New, Vicki New or the News were not Notified or sent a **Notice of Trial**.

**NOTICE OF TRIAL**: A document issued by a court informing the parties of the date on which the lawsuit is set for trial. While the court typically provides the notice to all parties, it may instead instruct one party to send the notice to all others.
We sent a letter to Mr. Wilson at the Fair Housing of Central Indiana April 6, 2020.  The **FAIR HOUSING DISCRIMINATION COMPLAINT** was dated **April 3, 2019**. This and all other documents received have been just that, complaints. None of the paper work mentions any court dates or hearing dates. The Fair Housing has refused our phone calls, Macey & Swanson have blocked our number, Brancart & Brancart are in California and very hard to get a hold of. We did not receive notice of any hearings until November 12, 2020. The Court Clerk claimed they had no address or way of notifying us.

**STATUTE OF LIMITATIONS:** A law that bars claims after a special period; specif., a statute establishing a time limit for suing in a civil case, based on the date when the claim accrued (as when the injury occurred or was discovered).
According to the complaints this information is past the **Statute of Limitations**, information and witnesses that have old and forgotten information that proper council could be retained.  The dates listed in the complaints are 2015, 2016, 2017 & 2018 way past a Statute of Limitations. These complaints mention other parties besides Donata Banks, AKA Donata Brown. We have not seen these names in a Plaintiff list and wonder about the Validity of these claims from Donata Banks, AKA Donata Brown.

## SECTION 1 ARTICLE 6: RIGHT TO A FAIR AND PUBLIC HEARING:

1. In the determination of his civil rights and obligations or of any criminal charge against him, everyone is entitled to a fair and public hearing within a reasonable time by an independent and impartial tribunal established by law.
**FAIR TRIAL IN CIVIL CASE: A RIGHT OR PRIVILEGE?** We are including this document from Justice Alexander Osei Tutu dated April 10, 2020.

The section in our United States Constitution that has been forgotten or eliminated; allowing James & Vicki New a proper and fair hearing.

FACT:  Black's Law Dictionary: 1. Something that actually exists; as aspect of reality. 2. An actual or alleged event or circumstance, as distinguished from its legal effect, consequences, or interpretation. 3. An evil deed; a crime.

PERJURY:  Black's Law Dictionary: The act or an instance of a person's deliberately making material false or misleading statements while under oath.

## Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

### Article 6: Right to a fair and public hearing

1. In the determination of his civil rights and obligations or of any criminal charge against him, everyone is entitled to a fair and public hearing within a reasonable time by an independent and impartial tribunal established by law. Judgment shall be pronounced publicly but the press and public may be excluded from all or part of the trial in the interest of morals, public order or national security in a democratic society, where the interests of juveniles or the protection of the private life of the parties so require, or to the extent strictly necessary in the opinion of the court in special circumstances where publicity would prejudice the interests of justice.

2. Everyone charged with a criminal offence shall be presumed innocent until proved guilty according to law.

3. Everyone charged with a criminal offence has the following minimum rights:

- to be informed promptly, in a language which he understands and in detail, of theolllllllllllo.l  nature and cause of the accusation against him
- to have adequate time and facilities for the preparation of his defence
- to defend himself in person or through legal assistance of his own choosing or, if he has not sufficient means to pay for legal assistance, to be given it free when the interests of justice so require
- to examine or have examined witnesses against him and to obtain the attendance and examination of witnesses on his behalf under the same conditions as witnesses against him
- to have the free assistance of an interpreter if he cannot understand or speak the language used in court.

# Fair Trial in Civil Cases: A Right or A Privilege?

Justice Alexander Osei Tutu April 10, 2020 5:00 am 2

## Introduction

The concept of 'fair trial' was traditionally associated with criminal proceedings. This article seeks to examine the origin of the concept and how it has been recognized as a fundamental human right in a number of regional and international instruments. The telescope will be thrown at various jurisdictions to see how they have

extended the concept to cover civil and administrative proceedings. The latter part of the discussion will focus on Ghana where we will find out whether fair trial is a right guaranteed in civil cases as well.

## Meaning of a 'fair trial'

A 'Fair trial' is defined as a trial by an impartial and disinterested tribunal in accordance with regular procedures. The term is synonymous with a fair and impartial trial.[1] In the United States of America (USA) and Brazil, it is referred to as *'due process'* (And in this context, it is procedural due process as opposed to substantive due process)[2] while in Portugal[3] and Angola[4], it is called *'fair process'*.

Many text writers have not shied away from describing 'fair trial' as a human right. Ian Langford observed: *"The right to a fair trial is a basic human right and essential for the prevention of the abuse of all other human rights*[5]. On his part, Bingham noted that the right to a fair trial is generally construed in the light of the rule of law, as its cardinal requirement.[6] It is frequently perceived to be one of the basic fundamental guarantees for the respect of democracy and the rule of law and thus represents a standard by which a state's commitment to democracy and the rule of law is measured.

## The Pillars of the Right to a Fair Hearing

Ana Koprivica on the core of the right to a fair hearing pointed out: *"[D]espite the virtually universal recognition of the significance of the right to a fair trial in general, and in civil law cases in particular, the constitutive elements thereof are diverse and constantly evolving... [T] hus, providing a universal definition of the concept is an impossible and challenging task"*.

Nonetheless, the following have generally been identified as the underlying elements of fair trial:

  a. Right of access to a court[7]
  b. Right to be heard by a competent, independent and impartial tribunal[8]
  c. Right to 'equality of arms'[9]
  d. Right to public hearing[10]
  e. Right to legal aid where necessary[11]

Nonetheless, the following have generally been identified as the underlying elements of fair trial:

  a. Right of access to a court[7]
  b. Right to be heard by a competent, independent and impartial tribunal[8]
  c. Right to 'equality of arms'[9]
  d. Right to public hearing[10]
  e. Right to legal aid where necessary[11]
  f. Right to be heard within a reasonable time[12]

We believe our Civil Rights have been severely violated. The Fair Housing Center has never returned any of our phone calls to hear our side of this situation. Macey & Swanson have now blocked our phone number and don't represent us the same with Brancart and Brancart. This to us is a one sided case and we have been left out. We have suffered Defamation of Character, Fraudulent, Fictitious, Fabricated and False Accusation. We are asking for a protective order. We were forced to move from Indianapolis, Marion County because of the threats from these and other parties. We moved away in 2018 and have never had any contact with these parties. Donata Banks-Brown has also relocated to another area.

**WE ARE ASKING THIS COURT TO SET ASIDE THIS JUDGMENT DISMISS THIS CASE. JAMES AND VICKI NEW ARE ASKING THIS COURT FOR A PROTECTIVE ORDER.**

We Pray this court will grant us these requests

Respectfully Submitted,

Vicki & James New