**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., DONATA BANKS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-01176-TWP-DLP |
| VICKI NEW Clerk's Entry of Default Entered on 11/4/2020, KIRKPATRICK MANAGEMENT COMPANY, INC., TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY DIRECTING RESPONSE

Before the Court is *pro se* Defendant Vicki New's Emergency Request to Set Aside Judgment and Dismiss this Case Award a Protective Order for James & Vicki New (Dkt. 47). Although titled "emergency", the motion does not set forth a basis for any emergency ruling. Accordingly, the Plaintiffs shall have until December 28, 2020 to respond to the motion.

IT IS SO ORDERED.

Date:   12/16/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

VICKI NEW
P.O. Box 821
Zionsville, IN 46077

Liza Cristol Deman
BRANCART & BRANCART
lcristoldeman@brancart.com

Jeffrey A. Macey
MACEY SWANSON LLP
jmacey@maceylaw.com

Jere A. Rosebrock
WOODEN & MCLAUGHLIN LLP (Indianapolis)
jere.rosebrock@woodenlawyers.com

Crystal Spivey Wildeman
WOODEN & MCLAUGHLIN LLP (Evansville)
crystal.wildeman@woodenlawyers.com