UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., DONATA BANKS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-01176-TWP-DLP |
| VICKI NEW, KIRKPATRICK MANAGEMENT COMPANY, INC., TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER FOR JANUARY 20, 2021 TELEPHONIC STATUS CONFERENCE
HON. MAGISTRATE JUDGE DORIS L. PRYOR**

In light of Ms. New's participation in this matter, the Court is providing call in information for the telephonic status conference on January 20, 2021 at 11:30 a.m. (Eastern).   The parties are to call 877-336-1274, Access Code 9785171, Security Code 201176.

Date: 12/23/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

VICKI NEW
P.O. Box 821
Zionsville, IN 46077