**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,**<br><br>         **Plaintiff,**<br><br>     **vs.**<br><br>**VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,**<br><br>         **Defendants.** | **Case No.  1:20-cv-1176 TWP DLP** |

**DECLARATION OF LIZA CRISTOL-DEMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT VICKI NEW'S MOTION TO SET ASIDE DEFAULT**

I, Liza Cristol-Deman, do hereby declare:

1.  I am an attorney licensed to practice law in California and admitted in the Southern District of Indiana. I am the attorney of record for plaintiffs in this action. I have personal knowledge of the facts set forth below, and if called upon, would testify competently to each fact.

2.  As recounted in my previous declarations submitted with Plaintiffs' motion for an extension of time to serve Vicki New and Plaintiffs' Request for Entry of Default, Vicki New has frequently called my office, my co-counsel's office, and the office of Plaintiff Fair Housing Center of Central Indiana. Someone in each office has spoken with Vicki New on

1

the phone at least once, and in some cases, many times. She has also left many voicemail messages at each office. In total, Vicki New has left at least 16 voicemail messages for counsel and FHCCI since May 2020. On some days, she has left more than one voicemail.

3. Before requesting entry of default, on October 8, 2020, I sent a letter and email to Ms. New advising her that her response to the complaint was overdue, and that plaintiffs intended to ask the court to find her in default if she did not file a responsive pleading by October 12, 2020. I mailed the letter to the physical address where she was served and the post office box listed on the return address in correspondence that I have received from Ms. New. I also emailed her with the same warning. I received the letters back from the post office with a handwritten notation: "Refused." However, she appears to have received my email, because I did not receive an error message or a bounce-back email.

4. After the Court entered default against Vicki New on November 4, 2020, Ms. New again contacted plaintiffs' counsel by phone. On November 9, 2020, she spoke with an assistant at Macey Swanson LLP and alleged that the "claims [against her] were false," and that she had moved from Marion County and could not be sued there.

5. After Ms. New submitted what appears to be an answer to the Court,

Docket 47, I mailed and emailed a letter to Ms. New advising her that she remained in default unless she filed and the Court granted a motion to set aside the default. A true and correct copy of my letter and email are attached hereto as Exhibit 1.

6.   After she received that letter, Ms. New called my office again. On November 24, 2020, Ms. New spoke with a legal assistant in my office. I have reviewed my legal assistant's memo regarding the call. Ms. New threatened to sue us and claimed there was no lawsuit pending against her.

7.  On December 3, 2020, Ms. New called my office again and spoke with a different legal assistant. I have reviewed my legal assistant's memo regarding the call. Ms. New alleged that she believed the case was "made up" because the law firm was located in California, "where Hollywood is," or words to that effect. The legal assistant advised Ms. New to contact her own attorney or the court with any questions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of December, 2020.

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman

3

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on December 28, 2020, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **DECLARATION OF LIZA CRISTOL-DEMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT VICKI NEW'S MOTION TO SET ASIDE DEFAULT**

– upon the following attorneys:

Jeffery A. Macey
Macey Swanson
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
*jmacey@maceylaw.com*

Crystal S. Wildeman
Wooden McLaughlin LLP
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
*crystal.wildeman@woodenlawyers.com*

Jere A. Rosebrock
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Jere.rosebrock@woodenlawyers.com

In addition, I caused the same document to be mailed and emailed to the following individual:

Vicki New
3372 Roundlake Ln.
Whitestown, IN 46075

P.O. Box 821
Zionsville, IN 46077
Bickijune58@yahoo.com

*/s/ Liza Cristol-Deman*

4