**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,**<br><br>　　　　**Plaintiff,**<br><br>　　**vs.**<br><br>**VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,**<br><br>　　　**Defendants.** | ) **Case No.:  1:20-cv-1176 TWP DLP**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION FOR 60-DAY CONTINUANCE OF CASE MANAGEMENT PLAN DEADLINES; [PROPOSED] ORDER

Pursuant to Local Rule 16-1 (f), Plaintiffs and Defendants Kirkpatrick Management

Company, Inc. and Twin Creeks Homeowners Association, Inc. hereby move the Court for an

order continuing the deadlines for fact discovery, expert discovery, and other deadlines contained

in the Case Management Plan (ECF 25) excluding dates related to the settlement conference. The

parties seek an extension of 60 days for each deadline.

There is good cause to grant this motion.

First, this is a joint motion on behalf of all plaintiffs and the two defendants who are not

in default.

Second, this is the first request for an extension of the discovery deadline or the other

case management deadlines in in this case.

Third, the parties have diligently pursued written discovery. In order to save attorneys'

fees and costs, however, the parties have agreed to postpone all depositions in this case until after

the settlement conference, which is scheduled for February 2, 2021. In the event that the case

does not resolve at the settlement conference, the parties anticipate requiring additional time to complete depositions, conduct expert discovery, and prepare dispositive motions.

Fourth, the parties await the Court's order on defendants' motion for judgment on the pleadings, which has been fully briefed since August 21, 2020. That motion is potentially dispositive.

Fifth, this extension is not likely to affect the trial date. In the Joint Case Management Plan, ECF 25, the parties requested a trial date in December 2021. It is possible, however, that trial may have to be scheduled in 2022 because of mounting delays related COVID-19.  On December 16, 2020, Chief Judge Jane E. Magnus-Stinson issued a General Order that suspends in-person jury trials in district until at least March 1, 2021. As a result, the parties expect that this 60-day extension will not ultimately affect the parties' preparedness for trial.

If this motion is granted, the dates in the Case Management Plan would be revised as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Fact Discovery deadline (non-experts and liability discovery) | 2/16/2021 | 4/16/2021 |
| Statement of Claims | 2/23/2021 | 4/23/2021 |
| Dispositive Motion Deadline | 4/16/2021 | 6/16/2021 |
| Expert Disclosure by Plaintiffs | 4/16/2021 | 6/16/2021 |
| Expert Disclosure by Defendants | 5/17/2021 | 7/16/2021 |
| Expert Discovery Deadline | 7/16/2021 | 9/16/2021 |
| Witness Lists and Exhibit lists[1] | 6/16/2021 | 9/16/2021 |

---

[1] The parties seek a 90-day extension for this deadline to allow for the completion of expert discovery before witness lists and exhibit lists must be submitted.

2

| Event | Original Date | Proposed Date |
|---|---|---|
| Deadline for any remaining discovery | 8/16/2021 | 10/15/2021 |
| Motions to limit or preclude expert testimony at trial | 9/16/2021 | 11/16/2021 |

Dated:   December 30, 2020.

Respectfully submitted,

**Attorneys for Plaintiffs:**

MACEY SWANSON LLP
 */s/ Jeffrey A. Macey*
 Jeffrey A. Macey (IN 28378-49)
  jmacey@maceylaw.com
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
Tel: (317) 637-2345
Fax: (317) 637-2369

BRANCART & BRANCART
 */s/ Liza Cristol-Deman*
  Liza Cristol-Deman (CA190516)
  lcristoldeman@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

**Attorneys for Defendants, Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc.:**

Wooden McLaughlin LLP
 */s/ Crystal S. Wildeman\**
  Crystal S. Wildeman (IN 26603-82)
crystal.wildeman@woodenlawyers.com
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
Tel: (812) 401-6151
Fax: (812) 401-6444

Wooden McLaughlin LLP
 */s/ Jere A. Rosebrock*
  Jere A. Rosebrock (IN 26566-49)
jere.rosebrock@woodenlawyers.com
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444

\*CONSENT EXPLICITYLY PROVIDED VIA EMAIL ON DECEMBER 29, 2020

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on December 30, 2020, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **JOINT MOTION FOR 60-DAY CONTINUANCE OF CASE MANAGEMENT PLAN DEADLINES; [PROPOSED] ORDER**

– upon the following attorneys:

Jeffery A. Macey
Macey Swanson
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
*jmacey@maceylaw.com*

Crystal S. Wildeman
Wooden McLaughlin LLP
25 NW Riverside Dr., Suite 310
Evansville, IN 47708
*crystal.wildeman@woodenlawyers.com*

Jere A. Rosebrock
Wooden McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Jere.rosebrock@woodenlawyers.com

In addition, I caused the same document to be mailed and emailed to the following individual:

Vicki New
3372 Roundlake Ln.
Whitestown, IN 46075

P.O. Box 821
Zionsville, IN 46077
Bickijune58@yahoo.com

*/s/ Liza Cristol-Deman*