**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS, <br><br> Plaintiff, <br><br> vs. <br><br> VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., <br><br> Defendants. | ) Case No.:  1:20-cv-1176 TWP DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR 60-DAY CONTINUANCE OF CASE MANAGEMENT PLAN DEADLINES;  ORDER**

Pursuant to the joint motion filed by Plaintiffs and Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc., and good cause appearing therefor, the Court hereby grants the parties' request to continue the deadlines set forth in the Case Management Plan as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Fact Discovery deadline (non-experts and liability discovery) | 2/16/2021 | 4/16/2021 |
| Statement of Claims | 2/23/2021 | 4/23/2021 |
| Dispositive Motion Deadline | 4/16/2021 | 6/16/2021 |
| Expert Disclosure by Plaintiffs | 4/16/2021 | 6/16/2021 |
| Expert Disclosure by Defendants | 5/17/2021 | 7/16/2021 |
| Expert Discovery Deadline | 7/16/2021 | 9/16/2021 |
| Witness Lists and Exhibit lists | 6/16/2021 | 9/16/2021 |

1

| Event | Original Date | Proposed Date |
|---|---|---|
| Deadline for any remaining discovery | 8/16/2021 | 10/15/2021 |
| Motions to limit or preclude expert testimony at trial | 9/16/2021 | 11/16/2021 |

IT IS SO ORDERD.

Date: 12/31/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

Registered Counsel of Record by CM/ECF

VICKI NEW
P.O. Box 821
Zionsville, IN 46077

2