INSD Change of Attorney Information *(Rev. 2/16)*

# UNITED STATES DISTRICT COURT
### Southern District of Indiana

## <u>NOTICE OF CHANGE OF ATTORNEY INFORMATION</u>

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

☑   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]

)   1:20-cv-01176 TWP-DLP
)   3:19-cv-00177 RLY-MPB
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Crystal S. Wildeman | Crystal S. Wildeman |
| **Law Firm, Company, and/or Agency:** | WOODEN MCLAUGHLIN LLP | DINSMORE & SHOHL LLP |
| **Address:** | 25 NW Riverside Drive, Suite 310 Evansville, IN 47708 | 25 NW Riverside Drive, Suite 310 Evansville, IN 47708 |
| **Primary E-mail:** | crystal.wildeman@woodenlawyers.com | crystal.wildeman@dinsmore.com |
| **Secondary E-mail(s):** | lori.schorr@woodenlawyers.com | lori.schorr@dinsmore.com |
| **Telephone Number:** | (812) 401-6151 | (812) 401-6151 |
| **Facsimile:** | (812) 401-6444 | (812) 401-6444 |

Date: 1/7/21

s/ Crystal S. Wildeman

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.