## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

FAIR HOUSING CENTER OF          )
CENTRAL INDIANA, INC., and      )
DONATA BANKS,                   )
    Plaintiffs,             )
                            )
v.                              )   Case No. 1:20-cv-1176-TWP-DLP
                            )
VICKI NEW, KIRKPATRICK          )
MANAGEMENT COMPANY, INC., and   )
TWIN CREEKS HOMEOWNERS          )
ASSOCIATION, INC.,              )
    Defendants.             )

### DEFENDANTS' KIRKPATRICK MANAGEMENT COMPANY, INC. AND TWIN CREEKS' HOMEOWNERS ASSOCIATION, INC.'S MOTION FOR POSTPONEMENT OF THE FEBRUARY 2, 2021 SETTLEMENT CONFERENCE

Defendants Kirkpatrick Management, Company, Inc. and Twin Creeks Homeowners Association, Inc. (collectively, the "Twin Creeks Defendants"), by counsel, respectfully request that the Court postpone and reschedule the settlement conference scheduled for 1:30 PM on February 2, 2021. In support of this Motion, the Twin Creeks Defendants show the Court the following:

1.    There is a settlement conference scheduled in this matter for February 2, 2021 at 1:30 PM. (Dkt. 39.)

2.    The Twin Creek Defendants' filed a Motion for Judgment on the Pleadings (Dkt. 13) and Brief in Support (Dkt. 14) on June 26, 2020.

3.    Plaintiffs filed their Brief in Opposition to the Motion for Judgment on the Pleadings (Dkt. 29) on August 14, 2020.

4.    The Twin Creek Defendants' filed their Reply in Support of Motion for Judgment on the Pleadings (Dkt. 32) on August 21, 2020.

5.      The Motion for Judgment on the Pleadings is still pending before the Court.

6.      The Court's ruling on that pending Motion may dispose of all or some of the claims pending against the Twin Creeks Defendants.

7.      The Twin Creek Defendants and the Plaintiffs agree that a settlement conference in this matter is likely to be more productive if it is postponed until after the Court rules on the Twin Creek Defendants' pending Motion for Judgment on the Pleadings.

8.      In order to ensure a meaningful settlement conference, the Twin Creeks Defendants request that the Court postpone the February 2, 2021 settlement conference and reschedule it after the Court rules on the pending Motion for Judgment on the Pleadings.

9.      The Plaintiffs agree to the requested postponement.

10.     This request is not made with the intent to delay or otherwise hinder settlement discussions in this case.

WHEREFORE, Defendants Twin Creeks Homeowners Association, Inc. and Kirkpatrick Management Company, Inc. respectfully request that the Court postpone the settlement conference scheduled for February 2, 2021 and reschedule it after the Court rules on the Pending Motion for Judgment on the Pleadings.

Respectfully submitted,

/s/ Crystal S. Wildeman
Crystal S. Wildeman, IN #26603-82
DINSMORE & SHOHL, LLP
25 NW Riverside Drive, Suite 310
Evansville, Indiana 47708
812-401-6151
812-401-6444
Crystal.Wildeman@dinsmore.com

/s/ Jere A. Rosebrock
Jere A. Rosebrock, IN #26566-49
DINSMORE & SHOHL LLP
One Indiana Square, Suite 1800
Indianapolis, IN  46204-4208
317-639-6151
317-639-6444 FAX
Jere.Rosebrock@dinsmore.com

Attorneys for Defendants Kirkpatrick Management
Company, Inc. and Twin Creeks Homeowners
Association, Inc.

## CERTIFICATION OF TRIAL RULE 5(G) COMPLIANCE & VERIFICATION/CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, a copy of the foregoing Motion was filed

electronically. Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Macey
MACEY SWANSON LLP
445 N. Pennsylvania, Suite 401
Indianapolis, IN  46204

Liza Cristol-Deman
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA  94060

Attorneys for Plaintiffs

Notice will be sent via First Class, U.S. Mail to the following:

Vicki New
P.O. Box 821
Zionsville, IN  46077

Pro Se

/s/ *Crystal S. Wildeman*
Crystal S. Wildeman, IN 26603-82