UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

**01/11/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

FAIR HOUSING CENTER OF CENTRAL
INDIANA, INC.
DONATA BANKS,                                         January 6, 2021


                              Plaintiffs,


        v.                                    No. 1:20-cv-01176-TWP-DLP


VICKI NEW
KIRKPATRICK MANAGEMENT
COMPANY, INC.
TWIN CREEKS HOMEOWNERS
ASSOCIATION, INC.



                              Defendants,



## CEASE AND DESIST ALL COMMUNICATIONS
## DISMISS THIS CASE


Vicki New is now requesting that the Fair Housing Center of Central Indiana and Attorney representatives Brancart and Brancart and all other legal representatives; permanently CEASE & DESIST all communication, letters, documents, bulk mail etc. to Vicki New.

We request that Brancart and Brancart and those associated with the Fair Housing Center of Central Indiana and Donata Banks **Cease and desist** all communication with Vicki New. To our knowledge there has not been a hearing and no service of trial has been sent nor has an attorney been asked to send any notice of trial in place of the court. We do not feel there is any need to constantly send out mailings from parties or Attorneys that are not representing us and we don't know.

The Discrimination here is in the **Fair Housing Center of Central Indiana** and the **Indiana Civil Rights Commission** who have ignored every phone call and attempt we have made to contact them since 2018. Is there some reason why the Fair Housing Center of Central Indiana accepted the complaint from Donata Banks and would not listen to or respond to our complaints or phone calls? This is the Reverse Discrimination in its highest form.

Since these groups would not listen to our complaints or accept our phone calls, Jim & Vicki New jointly filed our complaint with Josh Minkler's office. This office was anxious to listen to us and wanted our complaint sent in immediately. That complaint, involving the

same parties is in the hands of the Department of Justice Special Litigation Civil Rights Office in Washington DC.

The real law suit and damages Vicki & Jim New claim should be against every party involved in this case for Slander, Defamation of Character, Verbal Assault, Fraud, Fictitious and Fabricated truths. You have ruined the reputations of two innocent people. We have two letters from doctors refusing us care. There are social media comments posted online and we have received hate mail because of these postings. These are all one sided claims and complaints. Mrs. Donata Banks/Brown has no proof of any of the allegations in these complaints. To our knowledge and what we have read there is no listing of any recovery for these claims. Donata Banks/Brown appears to be speaking alone on behalf of several people, third party hear say.  We have spoken to several Attorneys who claim this case is old, they have no access to this case number and claim with no recovery listed this, is a frivolous case and "this case is a waste of our time and your money" and have refused us any representation. The document sent was date stamped April 17, 2019 actually was dropped in our driveway on September 11, 2019. This document was responded to the only two addresses contained within to Jeff Macey and Liza Cristol-Deman, within the 60 day period requested. But we have been told there was no Judgment set aside, hearing or trial in this case.

This is a **FRIVOLOUS CASE**
We ask this court to DISMISS this case and that all Attorneys IMMEDIATELY CEASE AND DESIST all communications and all postings will be removed.