UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FAIR HOUSING CENTER OF CENTRAL )
INDIANA, INC., )
DONATA BANKS, )
  )
    Plaintiffs, )
  )
    v. )  No. 1:20-cv-01176-TWP-DLP
  )
VICKI NEW, )
KIRKPATRICK MANAGEMENT )
COMPANY, INC., )
TWIN CREEKS HOMEOWNERS )
ASSOCIATION, INC., )
  )
    Defendants. )

## ORDER

This matter comes before the Court on Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc.'s Motion for Postponement of the February 2, 2021 Settlement Conference, Dkt. [56]. The Court, having fully reviewed the matter, now **GRANTS** said motion. The February 2, 2021 settlement conference is **VACATED**. The settlement conference will be reset during the January 20, 2021 telephonic status conference.

 So ORDERED.


Date: 1/15/2021

           _____
           Doris L. Pryor
           United States Magistrate Judge
           Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

VICKI NEW
P.O. Box 821
Zionsville, IN 46077