# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., and DONATA BANKS,<br>    Plaintiffs,<br><br>v.<br><br>VICKI NEW, KIRKPATRICK MANAGEMENT COMPANY, INC., and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-1176-TWP-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS KIRKPATRICK MANAGEMENT COMPANY, INC. AND TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.'S RESPONSE TO PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc., (collectively, the "Twin Creeks Defendants"), hereby respond in opposition to Plaintiffs' Motion for Extension of Time ("Motion").

1. On July 18, 2021, Plaintiffs' counsel contacted Defendants' counsel via email regarding the extension. In that e-mail, Plaintiffs' counsel indicated that they had "quite a few projects running up against our initial deadline to respond."

2. Defendants' counsel responded on July 19, 2021, and stated that "Defendants are not able to agree to extend Plaintiffs' response time to our summary judgment motion. With the deadlines as-is, we are already crunching up against trial and other pre-trial deadlines."

3. Plaintiffs' Response is currently due on August 6, 2021.

4. Yesterday, on July 29, 2021, Plaintiffs filed their Motion for Extension of Time at Docket No. 100 providing Plaintiffs' counsel's other cases and deadlines.

5. Extending Plaintiffs' response time to September 3 as requested will delay completion of full briefing of the Defendants' motion until the end of September (as opposed to the end of August) and will delay the Court's opportunity to fully consider and rule upon the issues before additional deadlines ripen and trial preparations become necessary.

6. Trial in this matter is set to begin February 28, 2022. The parties have already participated in an unsuccessful settlement conference.

7. The Court has previously extended other deadlines in the case management order at Docket Nos. 53 and 85.

8. Preserving the current case management order and deadlines; avoiding further extending deadlines and/or resetting of the trial date; and obtaining a ruling on the Motion for Summary Judgment serve the best interests of the parties. Delays increase costs and fees for all.

9. Consequently, Defendants object to Plaintiffs' Motion and respectfully request the Court deny said Motion such that Plaintiffs' Response remains due on August 6, 2021, or alternatively, permit a more modest extension than a full additional twenty-eight (28) days for Plaintiffs to file their Response to Defendants' Motion for Summary Judgment.

Respectfully submitted,


*/s/ Crystal S. Wildeman*
Crystal S. Wildeman, IN #26603-82
DINSMORE & SHOHL LLP
25 N.W. Riverside Drive, Suite 310
Evansville, Indiana 47708
812-401-6151
Crystal.Wildeman@dinsmore.com

Jere A. Rosebrock, IN #26566-49
Alyson St. Pierre, IN #35375-53
DINSMORE & SHOHL LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
317-639-6151
317-639-6444 FAX
Jere.Rosebrock@dinsmore.com
Aly.StPierre@dinsmore.com

Attorneys for Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Macey
MACEY SWANSON LLP
445 N. Pennsylvania, Suite 401
Indianapolis, IN  46204
jmacey@maceylaw.com

Liza Cristol-Deman
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA  94060
lcristoldeman@brancart.com

Attorneys for Plaintiffs

I further certify that counsel has no forwarding mailing address or valid email address for Pro Se Defendant Vicki New to send notice of the foregoing document.

                                      */s/ Crystal S. Wildeman*
                                      Crystal S. Wildeman, IN #26603-82