UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., DONATA BANKS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:20-cv-01176-TWP-DLP ) |
| VICKI NEW, KIRKPATRICK MANAGEMENT COMPANY, INC., TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**MINUTE ENTRY FOR MARCH 3, 2022
SETTLEMENT CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference for March 3, 2022. A settlement has been reached in this action as to Defendants Twin Creeks Homeowners Association, Inc. and Kirkpatrick Management Company. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED** as to Defendants Twin Creeks Homeowners Association, Inc. and Kirkpatrick Management Company

Within forty-five (45) days of the date of this entry, the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the

agreement of the parties) as to Defendants Twin Creeks Homeowners Association, Inc. and Kirkpatrick Management Company. Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

    So ORDERED.

Date: 3/8/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

VICKI NEW
P.O. Box 821
Zionsville, IN 46077