**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,** ) ) ) | **Case No.: 1:20-cv-1176-TWP-DLP** |
| **Plaintiffs,** ) ) | |
| vs. ) ) ) | |
| **VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,** ) ) ) ) | |
| **Defendants.** | |

**JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS KIRKPATRICK MANAGEMENT COMPANY, INC. AND TWIN CREEKS HOMEOWNERS ASSOCIATION, INC. WITH PREJUDICE, SUBJECT TO CONSENT DECREE**

Pursuant to the settlement reached by Plaintiffs, Defendant Kirkpatrick Management Company, Inc., and Defendant Twin Creeks Homeowners Association, Inc. (the "Settling Parties"), the Settling Parties jointly move the court for issuance of an order dismissing this action with prejudice against Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc. The Settling Parties request that the Court retain jurisdiction as to these two Defendants for enforcement of the Consent Decree only (Dkt. 143).

In addition, Plaintiffs request, and the Settling Defendants do not object, that the Court provide adequate time to allow Plaintiffs to file a motion to prove the amount of damages to be awarded against non-settling Defendant Vicki New, under Rule 55(a)(2) of the Federal Rules of Civil Procedure. The Court entered Default Judgment against Vicki New, in an amount yet to be determined, on April 5, 2021. (Doc. 82.). Plaintiffs will file any such motion, or otherwise move

1

to dismiss Vicki New, no later than May 13, 2022.

Dated: March 15, 2022.

Respectfully submitted,

| | |
|---|---|
| */s/ Liza Cristol-Deman* | */s/ Crystal S. Wildeman\** |
| Liza Cristol-Deman (CA # 190516) | Crystal S. Wildeman (IN # 26603-82) |
| BRANCART & BRANCART | BARBER & BAUER, LLP |
| P.O. Box 686 | 124 SE 1st Street, Suite 101 |
| Pescadero, CA 94060 | Evansville, IN 47708 |
| lcristoldeman@brancart.com | Wildeman@barlegal.net |
| Tel: (650) 879-0141 | Tel: (812) 425-9211 |
| | |
| */s/ Jeffrey A. Macey\** | Attorneys for Defendants Kirkpatrick Management Co. and Twin Creeks HOA |
| Jeffrey A. Macey (IN # 28378-49) | |
| MACEY SWANSON LLP | |
| 445 N. Pennsylvania Street, Suite 401 | |
| Indianapolis, IN 46204 | |
| jmacey@maceylaw.com | *consent expressly provided in writing on March 15, 2022 |
| Tel: (317) 637-2345 | |
| | |
| Attorneys for Plaintiffs | |

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on March 15, 2022, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS KIRKPATRICK MANAGEMENT COMPANY, INC. AND TWIN CREEKS HOMEOWNERS ASSOCIATION, INC. WITH PREJUDICE, SUBJECT TO CONSENT DECREE**

– upon the following attorneys:

Jeffery A. Macey
Macey Swanson
429 N. Pennsylvania Street
Suite 204
Indianapolis, Indiana 46204
jmacey@maceylaw.com

Crystal S. Wildeman
Greg J. Freyberger
Barber & Bauer, LLP
124 SE 1st Street, Suite 101
Evansville, IN 47708
Wildeman@barlegal.net
Greg@barlegal.net


I further certify that counsel has no forwarding mailing address or valid email address for Pro Se Defendant Vicki New to send notice of the foregoing document.

/s/ Liza Cristol-Deman