James & Vicki New  
3372 Roundlake Lane  
Whitestown, Indiana 46075

Case #: 1:20-cv-001176-TWP-DLP

September 22, 2022

CLERK OF THE U.S. DISTRICT COURT  
105 US COURTHOUSE  
46 EAST OHIO STREET  
INDIANAPOLIS, INDIANA 46204

## RECONSIDER THE JUDGMENT

James & Vicki New are jointly addressing this court because we believe we have both been victimized by the parties involved. Both our names have been used throughout the complaints and we have never had the chance or opportunity to address this or defend ourselves, and we also believe our side of the story has not been heard. This court has our current address yet there has never been a hearing according to Hattie Harman, just a judgment. We James & Vicki New, Vicki New, James New etc. have not been served any paper work for this until after the fact. The address you have on 5408 Unity Trail we have no idea where you got that but it never belonged to James or Vicki New singularly or otherwise.

We James & Vicki have jointly had several conversations with Fred Bremer, Timothy Schultz, Gregory Wilson Sr., Tera Kilgore and others from the Fair Housing agency. Some investigation was conducted which we have no idea what happened with this information. We have never been told why or what the conversations were for.

The accusations we are being accused of just simply are not true.

We have been accused of not informing the court of a change of address. That we bought a house on October 19, 2018 and this has been our physical address since. This court has confirmed our current address. The problems with the Whitestown post office are in a word overwhelming with the large growth in our area we have had numerous issues with getting our mail and packages delivered. We were not aware of the issues until the court reported several returns. We did for a short time have a post office box just for the purpose of my medication and important packages, those boxes are closed but the physical address has remained the same.

This all began on or about June 2017, James & Vicki New and a neighbor who has since moved out of state witnessed parties in the neighborhood dealing drugs. We tried to contact police and later found out those calls were being diverted to the neighbors and being told "we were calling police on them". We filed a complaint with the Marion County Sheriff Office Internal Affairs, and were told if a party was using a private cell phone we will never be able to find out who that was. Letter signed by Capt. Neil Holder. (Copy included)

Since this incident we have received countless pieces of Hate Mail, a noose was left in our back yard, our credit cards were hacked. We had to change our bank accounts credit cards and email addresses and phone numbers. We had spot lights shining on our house, cameras aimed at our house and people yelling at us when we took our dog out. A male representative from we think Brancart & Brancart in California harassed us on the phone

and announcing "We'll Get You". A lynch mob was led to our front porch by IMPD Officer Melissa Lemrick and one of the male participants stood on the railing and spit on our porch. No Trespassing signs were put up by IMPD officer Keough on public easement property. We took the hate mail to former attorney who we fired because he didn't believe what we told him. We got an informative letter from an Attorney Mulvey stating "I sue those who were suing you." When we contacted the attorney he did nothing but harassed and threatened us.

We are and were friends with the family who owned 6314 Twin Creeks Drive we did not know the parties who rented the property. The female Donata sent around the neighborhood invitations to a block party she was hosting. The invitations excluded James & Vicki New and all who attended were encouraged to say bad things about us. All of our friends left this party. We knew the couple as Cory & Donata Brown not Banks. Donata has apparently selected herself as neighborhood spokesperson to file and testify for all involved. We have been told by this court that there was no hearing. There are a few documents there from James & Vicki New proving we did comply and answer the paper work sent.

The Fair Housing agency has contacted the owner of the property on 6314 Twin Creeks Dr., for what reason I don't know but the home owner declined any comment about us.

We believe that some of the information in this complaint is taken from a case dated 8/7/2019.
Case #49G08-1808-CM-029208; that has been dismissed and no longer relevant. (A copy included).

These actions are very scary and frightening to us. We are senior citizens living on a Social Security income, in our 70's just trying to enjoy our retirement our family and grandchildren and feel we have been unjustly accused with no way to defend ourselves.

We ask that the court reconsider this judgment and the lack of evidence or testimony and service. That this is a fraudulent case and James and Vicki New have not been served or had any chance to defend ourselves or had our side of the story heard. We have exhausted all attorneys from the Lawyer referral service, saying this case is old and witnesses have moved away.

Respectfully Submitted;

*/s/ James New*   */s/ Vicki New*
James & Vicki New

 

**MARION COUNTY SHERIFF OFFICE**
**INTERNAL AFFAIRS**
**40 SOUTH ALABAMA STREET**
**INDIANAPOLIS, INDIANA 46204**
**COMPLAINT LINE 317-327-3128**

Complainant: Vicki New

We have completed our investigation into your complaint. Our investigation concluded that there was insufficient proof to confirm that our employee violated one of our department's policies.

*[signature: Neil Holder]*

CAPTAIN NEIL HOLDER
INTERNAL AFFAIRS INVESTIGATOR
OFFICE TELEPHONE NUMBER 317-327-2737

Ref. IA19-00024

| American Land Title Association | | FINAL ALTA Settlement Statement - Combined |
|---|---|---|
| | | Adopted 05-01-2015 |

| File No./Escrow No.: 18-32094 | Meridian Title Corporation |
| Officer/Escrow Officer: Becky Patton | 11711 N. Pennsylvania St. |
| | Ste. 110 |
| | Carmel, IN 46032 |
| | (317)571-3330 |

| Property Address: | 3372 ROUNDLAKE LANE |
| | WHITESTOWN, IN 46075 (BOONE) |
| | (06-08-19-000-078.021-019) |
| Buyer: | VICKI J. NEW AND JAMES O. NEW |
| Seller: | THE ESTATE OF LUCINDA JANE WARD |
| | 3372 Roundlake Lane |
| | Whitestown, IN 46075 |
| Settlement Date: | 10/19/2018 |
| Disbursement Date: | 10/19/2018 |

| Seller | Description | Buyer |
|---|---|---|





| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR CRIMINAL COURT 8 |
| | ) SS: | |
| COUNTY OF MARION | ) | |

**FILED**
August 8, 2019
*Myla A. Eldridge*
CLERK OF THE COURT
MARION COUNTY
JS

STATE OF INDIANA )
)
v. )
)
VICKI NEW )

CAUSE NO. 49G08-1808-CM-029208

## ORDER ON MOTION TO DISMISS

The Court having examined State's Motion to Dismiss said Motion and being duly advised, now grants said motion.

August 8, 2019
Date

_____
Judge
Marion Superior Criminal Court 8

Case 1:20-cv-01176-TWP-DLP   Document 40   Filed 11/04/20   Page 1 of 1 PageID #: 353

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,<br><br>Plaintiff,<br><br>vs.<br><br>VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | Case No. 1:20-cv-1176 TWP DLP |

## ORDER ENTERING DEFAULT AGAINST DEFENDANT VICKI NEW

Based on the failure of Defendant Vicki New to appear and file any pleading in response to the complaint in this matter within the time accorded by law, and good cause appearing therefore, the Clerk of the Court hereby enters default against Defendant Vicki New.

DATED: 11/4/2020

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution to all electronically registered counsel of record via CM/ECF

And by U.S. mail to:
Vicki New
3372 Roundlake Lane
Whitestown, IN 46075

Vicki New
P.O. Box 821
Zionsville, IN 46077



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**Hattie Harman**
Attorney to the Clerk / Naturalization Coordinator

United States Courthouse
46 East Ohio Street, Room 105
Indianapolis, IN 46204

Telephone: (317) 229-3968
hattie_harman@insd.uscourts.gov



*Vicki*
*New*

*Advocate for Celiac Disease*
317-~~■■■■■~~
509-7764

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460

12 JUL 2022 PM 4 L

$ 000.57⁰

Vicki and James New
3372 Roundlake Lane
Whitestown, IN 46075

46075-550472

ICE OF THE
S. DISTRICT COURT
OURTHOUSE
OHIO STREET
, INDIANA 46204

L BUSINESS

$008.70
0000838573   JUL 11 2022
MAILED FROM ZIP CODE 46204

James and Vicki New
3372 Roundlake Lane
Whitestown, IN 46075

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



James and Vicki New
3372 Roundlake Lane
Whitestown, IN 46075