FILED
09/27/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Cause # 06C01-2208-CB-001040

September 25, 2022

James & Vicki New
3372 Roundlake Lane
Whitestown, Indiana 4607

That on June 30, 2022 while watching WRTV13 evening news we saw a report that Vicki New was ordered to pay a judgment.

Until we saw this news report we had absolutely no idea what was going on and no idea of any judgment. If we had not been watching the news we still would not know anything about this case at all. We have not been served any paperwork nor had any mailings sent. We contacted Mr. Mulvey when we received an information letter about attorney who sues those who are being sued. This notice made no mention of any hearings judgments or court cases and we needed an attorney. Mr. Mulvey lit into us with a verbally threatening assault that we simply did not understand. He was loud, overbearing, nasty, totally unprofessional, disrespectful, and disgustingly mean. He made the phone call way to personal.

This court cause # 1:20-cv-001176-TWP-DLP; now admits there were numerous return items that were sent to the wrong addresses. Our physical address has been the same since 2018 but somehow this court was getting returned and refused mail. That cause number 49G08-1808-CM-029208 was dismissed in August 2019 but feel now a lot of information from both cases are being put together by one person who has apparently selected herself as the neighborhood spokesperson and speaking for others. James & Vicki New have not been served paperwork and there has not been a hearing so we have not had the opportunity to tell our side of the story. In one word we do not know Donata. We met Bernice, her mother. Donata was there but she did not give us her name, when the parties moved in. We later met Cory Brown husband of Donata Brown aka Donata Banks. We are friends with the family who own that house on 6314 Twin Creeks Dr. but did not know the tenants.

We have had numerous issues with the Whitestown Post Office with the extreme growth in this community. We got a post office box to insure medications and other important packages were delivered. Those post office boxes are closed and this court just now sent us some paper work.

Because of this situation we feel we have not had the opportunity to have our side of this issue told at all. According to what we have just found out there was no hearing just a judgment signed in 2020. **Two years ago and we are just now finding out about all of this.**

We now feel victimized by all of this and now that this case is five years old. We have literally exhausted all lawyer referrals and no attorney is interested because it's old and witnesses have moved away. If there was a time we were supposed to have our side of the story heard we were not aware of it.

We are both 72yrs old, retired and live on our Social Security income, trying real hard to enjoy our retirement families and grandchildren. James New is a retired Postal Employee

and US Navy Veteran. Vicki New is a retired Dental Assistant now diagnosed with Celiac Disease. Celiac disease is a very debilitating disease. Your body dictates what you can and can't do or if you just stay home because you ate something you should not have and it takes weeks to get yourself back in order. I have a published recipe in the Gluten Free magazine and I'm an Advocate for Celiac Disease. I coach, council and share recipes with those diagnosed with Celiac or Gluten intolerants so eating gluten free isn't so overwhelming. We do not receive any income for this we just share with others. Vicki New no longer drives because of eye surgeries and inner ear and imbalance issues. I also have 2 stents in my heart and stress is definitely avoided.

Also there is no aka I use my middle initial so it is harder to forge a signature. We have had our credit cards hacked, received hate mail, robo callers. We have had to change credit cards, banks, phone numbers, email addresses and for a while used PO Boxes to avoid hate mail. This is not the way to enjoy retirement.

**SO to put it James and Vicki New are not inclined to be dictated to or ordered to from either of these courts until you involve us and allow us our Constitutional Civil Rights in a Fair Hearing and we have an Attorney who wants to represent us. Since this case is 5yrs old; this case has witnesses who have moved out of state and evidence is no longer available this may be difficult.**

Sincerely;

*[signatures]*

James & Vicki New

Filed: 9/21/2022 12:00 PM
Boone Circuit Court
Boone County, Indiana

73305

| STATE OF INDIANA | ) | IN THE BOONE CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE NUMBER: 06C01-2208-CB-001040 |

FAIR HOUSING CENTER OF CENTRAL
INDIANA, INC. and DONATA BANKS   )
)
Plaintiffs,   )        **FILED**
-vs-   )        September 15, 2022
)        **BOONE COUNTY COURTS**
VICKI NEW aka VICKI J. NEW   )                                          KL
)
3372 Rundlake ln   Judgment Defendant.   )
Whitestown, IN
46075

### ORDER TO APPEAR IN COURT

The plaintiffs have shown to the Court that plaintiffs are owners of a judgment obtained against the judgment defendant, on which there is now due the principal sum of $226,222.52 and post-judgment from June 16, 2022 to the present at the rate of 2.94% per annum.

And the plaintiffs have moved the Court for an order requiring you, the judgment defendant, to appear in Court and answer as to your wages, assets, profits and other non-exempt property which can be applied toward satisfaction of this judgment.

THE COURT NOW ORDERS the judgment defendant, Vicki New aka Vicki J. New, to appear personally in Court on Friday, October 28, 2022 at 9:00 a.m. to answer as to assets, profits, income, and other property which are available to satisfy this judgment. Said hearing shall take place in the Boone Circuit Court, 310 Courthouse Square, Lebanon, IN 46052.

Failure to comply with this Order to Appear may result in punishment for contempt of Court.

THE COURT FURTHER ORDERS plaintiffs to serve a copy of this Order on any garnishee.

### NOTICE OF CERTAIN EXEMPTIONS AND YOUR RIGHT TO A PROMPT HEARING

### SEE NEXT PAGE FOR ADDITIONAL IMPORTANT INFORMATION CONCERNING YOUR EXEMPTION AND OTHER RIGHTS

RECEIVED

SEP 2 0 2022

BOONE COUNTY SHERIFF'S OFFICE
MICHAEL J. NIELSEN, SHERIFF

It may be that the plaintiff has or will give notice to your bank or other persons holding property or assets for you of the intent to put a hold on certain accounts held by you, either individually or jointly with another person, including, but not limited to bank, share, and credit union accounts. Under Indiana law, this notice may already have resulted in the placing of a hold on those accounts. UNDER FEDERAL AND STATE LAW, CERTAIN FUNDS ARE EXEMPT FROM GARNISHMENT. THIS MEANS THAT THESE FUNDS MAY NOT BE TAKEN BY CREDITORS EVEN IF THEY HAVE BEEN DEPOSITED INTO YOUR ACCOUNTS. SOCIAL SECURITY, SUPPLEMENTAL SECURITY INCOME, VETERANS BENEFITS, CERTAIN DISABILITY PENSION BENEFITS, CANNOT BE TAKEN. THERE MAY BE OTHER EXEMPTIONS UNDER STATE OR FEDERAL LAW. IF YOU OR ANOTHER PERSON WHO MAINTAINS A JOINT ACCOUNT WITH YOU BELIEVE THAT ALL OR SOME OF THE FUNDS IN THESE ACCOUNTS ARE EXEMPT, YOU OR YOUR JOINT DEPOSITOR ARE ENTITLED TO A PROMPT HEARING IN THIS COURT TO PRESENT EVIDENCE TO ESTABLISH EXEMPTIONS AND TO SEEK REMOVAL OF THE HOLD.

To obtain such a hearing, fill in the form marked "Exemption Claim and Request for Hearing" attached hereto and return it to this court either by mail or by personally bringing it to the court. A copy of that form should also be sent to plaintiff's attorney or to the plaintiff, if the plaintiff is not represented by an attorney, at the address set forth on the next page. A prompt hearing will be scheduled by the court as soon as possible, but generally no later than 5 days (excluding Saturdays, Sundays, and legal holidays) after the completed form is received by the court. Please call the court at 765-482-0530 to find out when the hearing is scheduled. When calling the court, please have the cause number handy. The cause number is located on the first page of this document at the top of the right-hand side. After the hearing, the court will decide whether all or part of the funds in each account on which a hold has been placed or other accounts in which you have an interest may be taken by the plaintiff.

If a joint depositor or you do not request an early hearing, there will be a hearing at the time when you are ordered to appear. At that hearing, you and a joint depositor are entitled to assert any exemptions. However, if a joint depositor or you do not request an early hearing, each account on which a hold has been placed may not be released until the time you are ordered to appear.

Dated: __September 15, 2022__      _____
                                    JUDGE, BOONE CIRCUIT COURT KI

(The following manner of service of this Order is hereby designated.)

Via Boone County Sheriff

## EXEMPTION CLAIM AND REQUEST FOR HEARING
(Send this part to the Court)

TO:   THE HONORABLE JUDGE OF THE

BOONE CIRCUIT COURT

Re:   Cause No. **06C01-2208-CB-001040**

Hearing Date: October 28, 2022 at 9:00 a.m.

    I believe that all or part of the money in my account(s) that may have been frozen cannot be frozen since the account(s) contain exempt funds. I would like a hearing at the earliest time.

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(Phone During Business Hours)

Check One:

_____   I am the judgment defendant.

_____   I maintain a joint account with the judgment defendant.

## EXEMPTION CLAIM AND REQUEST FOR HEARING
(Send this part to plaintiffs' attorney)

TO: Joseph L. Mulvey
MULVEY LAW LLC
133 W. Market St., #274
Indianapolis, IN 46204

RE: FAIR HOUSING CENTER OF CENTRAL INDIANA, INC. and DONATA BANKS
Plantiffs.

VS: VICKI NEW aka VICKI J. NEW
Defendants.

Cause No. **06C01-2208-CB-001040**

I believe that all or part of the money in my account(s) that may have been frozen cannot be frozen since the account(s) contain exempt funds. I would like a hearing at the earliest time.

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(Phone During Business Hours)

Check One:

_____   I am the judgment defendant.

_____   I maintain a joint account with the judgment defendant.