UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,<br><br>　　　　Defendants. | Case No. 1:20-cv-1176 TWP DLP |

**NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO DEFENDANT VICKI NEW'S MOTION FOR RECONSIDERATION OF JUDGMENT**

Pursuant to Local Rule 6-1, Plaintiffs Fair Housing Center of Central Indiana, Inc. and Donata Banks provide the following Notice of Automatic Extension of Time to respond to Defendant Vicki New's Request for Reconsideration of the Judgment, Document 166.

1. Defendant Vicki New submitted a Request for Reconsideration of the Judgment, dated September 22, 2022, which was docketed on September 26, 2022 at ECF 166. She submitted a second document to the court that is related, which was docketed on September 27, 2022

1

       as ECF 167. Plaintiffs received notice of these two filings via the Court's ECF system.

2. Pursuant to Local Rule 7-1(c)(2), the deadline for plaintiffs' response to this Request for Reconsideration is October 10, 2022.

3. Plaintiffs notify the court that plaintiffs hereby exercise the automatic extension of time to file their opposition under Local Rule 6-1 for 28 days, up to and including November 7, 2022.

4. Defendants Kirkpatrick Management Company, Inc. and Twin Creeks Homeowners Association, Inc. have no objection to this automatic extension.

5. On Friday, September 30, 2022, plaintiffs sent an email to Defendant Vicki New and her husband, non-party James New, to determine whether she had an objection to this automatic extension. The email addressed to Vicki New at her last known email address was returned by Yahoo, stating that the email address was not receiving email. Mr. New did not respond to the email sent to his email address.

6. On Monday, October 3, 2022, plaintiffs attempted to contact Defendant Vicki New by telephone at a phone number that she recently used to contact Plaintiff Fair Housing Council of Central

Indiana. No one answered the phone, and the message indicated that no voice mail has been set up.

7. This is the first request for an extension of time for responding to this motion.

8. This extension of time does not affect any other deadline.

* * *

Dated: October 3, 2022.

Respectfully submitted,

| | |
|---|---|
| MACEY SWANSON LLP<br>  Jeffrey A. Macey<br>  jmacey@maceylaw.com<br>445 N. Pennsylvania Street<br>Suite 401<br>Indianapolis, Indiana 46204<br>Tel:  (317) 637-2345<br>Fax:  (317) 637-2369 | BRANCART & BRANCART<br>*/s/ Liza Cristol-Deman*<br>  Liza Cristol-Deman (CA190516)<br>  cbrancart@brancart.com<br>Post Office Box 686<br>Pescadero, CA 94060<br>Tel:  (650) 879-0141<br>Fax:  (650) 879-1103 |

Attorneys for Plaintiffs

## Certificate of Service

  Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on October 4, 2022, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT**

– upon the following attorneys:

| | |
|---|---|
| Jeffery S. Macey | Crystal S. Wildeman |
| Macey Swanson | Greg J. Freyberger |
| 445 N. Pennsylvania Street | Barber & Bauer, LLP |
| Suite 401 | 124 SE 1st Street, Suite 101 |
| Indianapolis, Indiana 46204 | Evansville, IN 47708 |
| *jmacey@maceylaw.com* | *Wildeman@barlegal.net* |
| | *Greg@barlegal.net* |

  In addition, I caused the same documents to be mailed to the following individual:

Vicki New
3372 Roundlake Lane
Whitestown, IN 36075

              */s/ Liza Cristol-Deman*