**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,<br><br>    Plaintiff,<br><br>vs.<br><br>VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,<br><br>    Defendants. | ) Case No. 1:20-cv-1176-TWP-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANT VICKI NEW'S REQUEST FOR RECONSIDERATION OF JUDGMENT**

Plaintiffs Donata Banks and Fair Housing Center of Central Indiana have filed a Notice of Automatic Extension of time to respond to Defendant Vicki New's Request for Reconsideration of Judgment. (Doc. 169.) Pursuant to Local Rule 6-1, Plaintiffs' counsel contacted opposing parties to determine if they objected to that extension. Defendants Kirkpatrick Management Company, Inc. and Twin Creek Homeowners Association, Inc. indicated they have no objection. Defendant Vicki New, who is not represented by counsel, and against whom default judgment was entered on June 16, 2022 (ECF 162), could not be reached for approval, despite counsel's efforts.

For good cause appearing, it is hereby ordered that plaintiffs' request for a 28-day extension of time is granted. Plaintiffs shall file their response to Defendant Vicki New's Request for Reconsideration of Judgment on or before November 7, 2022.

**IT IS SO ORDERED.**

Date: 10/7/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution via U.S.
mail to:

Vicki New
3372 Roundlake Lane
Whitestown, IN 36075

Distribution to all electronically
registered counsel of record via
CM/ECF