UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC; and DONATA BANKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VICKI NEW; KIRKPATRICK MANAGEMENT COMPANY, INC.; and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC.,<br><br>　　　　Defendants. | Case No.  1:20-cv-1176 TWP DLP |

**DECLARATION OF LIZA CRISTOL-DEMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT VICKI NEW'S MOTION TO RECONSIDER OR SET ASIDE JUDGMENT (DOCS. 166, 167, 172)**

I, Liza Cristol-Deman, do hereby declare:

1. I am an attorney licensed to practice law in California and admitted in the Southern District of Indiana. I am the attorney of record for plaintiffs in this action. I have personal knowledge of the facts set forth below, and if called upon, would testify competently to each fact.

2. Starting in around October 2020, Ms. New began to return all mail that was sent to her by my office, regardless of whether we mailed it to her post office box or physical residence address in Whitestown. All were returned to my office with a handwritten notation: "Refused."  We mailed documents to Ms. New at the same physical address where she says she

1

still resides in Whitestown, Indiana.

3. Ms. New has continued to refuse and return mail that we send her at the Whitestown physical address, including plaintiffs' motion seeking damages and other relief from her in May 2022. A true and correct copy of the envelope containing that motion, which was refused by Vicki New, is attached as Exhibit 1.

4. Following the entry of default judgment, the plaintiffs retained collection attorney Joseph Mulvey. Mr. Mulvey has provided regular updates to me regarding his efforts. He has informed me, and the Boone County Circuit Court docket reflects, that he filed a judgment affidavit, notice of filing of foreign judgment, and related documents on August 30, 2022. A true and correct copy of the docket sheet that I obtained on the court's website today is attached as Exhibit 2.

5. Mr. Mulvey sent these documents to Vicki New by regular mail and certified mail at her Whitestown residence address. She refused and returned both. True and correct copies of the refused mail are attached as Exhibit 3.

6. On September 15, 2022, Mr. Mulvey filed a motion for proceedings supplemental in the Boone County Circuit Court. On the same date, the Court issued an order for Vicki New to appear at a hearing to take place

on October 28, 2022. These are shown on the docket, Exhibit 2.

7. On September 22, 2022, Vicki New contacted Mr. Mulvey by phone. Mr. Mulvey told her that the judgment had been entered against her and she was required to appear at the proceedings supplemental hearing on October 28, 2022 at 9:00 a.m.

8. As reflected in the docket sheet, Exhibit 2, Ms. New called the court clerk on September 22, 2022, after speaking with Mr. Mulvey. The clerk "did advise Ms. New of the Court hearing on 10/28/22, at 9:00 a.m. [Ms. New] stated she had not received any paperwork. Ms. New refused to verify her address."

9. The Sheriff's Department personally served Ms. New with the order on September 23, 2022. She has acknowledged that she received that document, and she attached it to the motion filed in this part as part of Docket 167. Nevertheless, she did not appear at the hearing on October 28, 2022. The Boone Circuit Court has issued an order to show cause.

10. According to documents obtained from the Marion Superior Court, the criminal charges against Vicki New stemming from her assault on her neighbor were dismissed as a result of a diversion agreement signed on May 9, 2019. A true and correct copy of the diversion agreement and request to dismiss based on the diversion agreement are attached as

3

Exhibit 4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of November, 2022.

>*/s/ Liza Cristol-Deman*
>Liza Cristol-Deman

## Certificate of Service

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on November 7, 2022, I caused the following document to be served by email via the Court's ECF system a copy of the document entitled – **DECLARATION OF LIZA CRISTOL-DEMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT VICKI NEW'S MOTION TO RECONSIDER OR SET ASIDE DEFAULT JUDGMENT (DOCS. 166, 167, 172)**

– upon the following attorneys:

Jeffery A. Macey
Macey Swanson
445 N. Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204
jmacey@maceylaw.com

Crystal S. Wildeman
Greg J. Freyberger
Barber & Bauer, LLP
124 SE 1st Street, Suite 101
Evansville, IN 47708
Wildeman@barlegal.net
Greg@barlegal.net

In addition, I caused the same documents to be mailed to the following individual:

Vicki New
3372 Roundlake Ln.
Whitestown, IN 46075

*/s/ Liza Cristol-Deman*