James & Vicki New
3372 Roundlake Lane
Whitestown, Indiana 46075

Case # 1:20-cv-00176-TWP-DLP

November 12, 2022

CLERK OF THE U.S. DISTRICT COURT
105 US COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

**FILED**

**11/17/2022**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## RESPONSE TO DECLARATION BY PLAINTIFF

I don't think there are enough words in my Thesaurus to say Thank you for all the many kindnesses of Hattie Harman Attorney to the Clerk. She located our address and paperwork in the docket of paperwork for this case and very kindly put together a packet of information of all documents that we needed. She even thought of paper work she had forgotten to include the next morning and sent a separate envelope. Hattie guided me through PACER and the documents to print out so we could see the documents and respond. This was sent to James & Vicki New at our current and the only address since 2018.

IT'S OBVIOUS THIS COURT DOES NOT FEEL THIS CASE IS WORTH A HEARING AND A HEARING OR TRIAL HAS NEVER BEEN SET. YET THE ACCUSATIONS AND HARASSMENT STILL GO ON AND ON. THERE HAS NOT BEEN A HEARING OR TRIAL AND TOLD THERE PROBABLY WILL NOT BE!! THIS IS JUST HEAR SAY EVIDENCE AND ONE PERSONS ACCOUNT OF FRAUDULENT, BASELESS UNFOUNDED AND LUDECRIST COMPLAINTS OF ALLEGED INCIDENTS. THAT JAMES & VICKI NEW HAVE NOT HAD THEIR OPPORTUNITY FOR OUR SIDE OF THESE INCIDENTS AND OUR CIVIL RIGHTS TO A FAIR HEARING HONORED. THE TESTIMONY FROM THE FORMER LANDLORD OF THE TWIN CREEKS HOUSE; who these people rented from is a FRIEND and they tell a completely different story about the renters. The house was trashed, had to be completely renovated, the parties refused to take care of the property and do yard work, and the excuse for moving "we need to move to a larger house", which they did not; AND OTHER FRIENDS IS NOT GOING TO BE HEARD BECAUSE THERE HAS NOT BEEN OR HEARING OR TRIAL IN THIS MATTER. An Example of a neighbor mentioned is Darryl Crenshaw. Darryl is a U.S Navy Veteran and US Postal employee. James New is a U.S. Navy Veteran and U.S. Postal Employee Retired. Darryl and Jim have had numerous conversations in Darryl's garage. I'm sure about the post office or the Navy. Other parties we believe are mentioned by initial; we don't know and don't pretend to know what the initials are for. A daughter of Donata is mentioned, we have absolutely have no knowledge of a child or daughter. As we said people are mentioned by initial we don't even want to guess who they are and are not going to make any assumptions. Cory Brown, husband of, came after James New with a baseball bat and another neighbor accused James New of carrying a gun in a holster and being an alcoholic. Cory Brown was part of the Lynch mob of 20+ people headed by IMPD Officer Melissa Lemrick that stood on our front porch and one of the parties that SPIT on the porch. Where is the video of the party coming out of the garage yelling "She's calling the police on us again", or the countless calls from neighbors during

the 3:00AM and 4:00AM loud parties? When police were called the parties suddenly got quiet. This evidence was investigated by Marion County Sheriff ( a copy of this letter was sent) because someone in Dispatch was taking the calls and forwarding them to the parties in the neighborhood and alerting them the police had been called. Let us not forget the Neighborhood Party hosted by and initiated by Donata Banks Brown or Mrs. Cory Brown that encouraged all the neighbors to talk and make derogatory comments about Vicki New. Our friends left the party. In 2017 James New witnessed these parties dealing drugs. We have had nothing but constant problems since and calling the police was the worst phone call we ever made. Vicki New for some reason has been singled out. This is what James New witnessed. As stated we do not know why Vicki New has been targeted or singled out in this situation. That Donata Banks Brown has told so many lies she actually believes these FRAUDULENT, BASELESS UNFOUNDED AND LUDECRIST COMPLAINTS are true.  THIS IS ALSO TESTIMONY THAT WILL NOT BE HEARD BECAUSE NO HEARING OR TRIAL HAS EVER BEEN SET

WE JOINTLY HAVE EXHAUSTED THE LAWYER REFERRAL SERVICE TO OBTAIN LEGAL ASSISTANCE. WE James & Vicki New have replied, this has been confirmed by the court. There are a lot of entries we did respond to all we thought was asked.

WE ARE NOT INCLINED TO AND DO NOT ACCEPT "HATE MAIL". The Boone County Sheriff HAS NOT served papers to Vicki New. First lecture in my "Introduction to Law" class at IUPUI was how the police dump paper work in the nearest receptacle and write it up as served. This Professor is now in New York. I have left messages relating to his lectures but have not gotten a call back. I Loved this class!!!

WE FOUND OUT ABOUT THIS JUDGMENT ON WTHR13 NEWS JUNE 30, 2022, AND HAD TO CALL THE STATION TO GET THE NAME AND PHONE NUMBER OF THE COURT. WE FOUND OUT THE PAPER WORK HAS BEEN SENT TO A CLOSED PO BOX AND THE PARTIES HAVE BLANTENLY DELIBERATLY IGNORED THE "CLOSED BOX" NOTICE ON THE MAILINGS FROM THE POST OFFICE. THE POST OFFICE BOXES WERE NOT FOR THE COURT OR COURT PAPERWORK, THEY WERE USED FOR MY BUSINESS AND FOR SHIPMENT OF MY MEDICATIONS.  YOU HAVE NOT PROPERLY SERVED THE PARTIES AND YOU ACCUSE US OF MOVING AND NOT NOTIFYING YOU. THE COURT HAS THIS CURRENT ADDRESS AND INFORMATION. THE COURT GAVE ME THE ADDRESS FROM COURT INFORMATION WHEN I CALLED. THE COURT KEPT SENDING PAPERWORK TO THE WRONG ADDRESSES EVEN TO ONE IN ROBIN RUN RETIREMENT CENTER. WE HAVE NO IDEA WHERE THAT CAME FROM.

THE PARTIES SEEM VERY INTOLERANT OF THE ISSUES WITH THE WHITESTOWN POSTOFFICE THAT WE SIMPLY CAN NOT CONTROL. THAT IS A FEDERAL ISSUE. THIS POST OFFICE IS CLOSED MORE THAN IT IS OPEN AND SIMPLY CANNOT KEEP UP WITH THE CURRENT GROWTH AND VOLUMN. WHEN WHITESTOWN WAS JUST A SMALL RURAL COMMUNITY THIS WAS FINE, NOT SO ANYMORE BUT THE SITUATION HAS NOT CHANGED. THOSE ORDERS FOR CHANGE COME FROM THE POST MASTER GENERAL IN WASHINGTON DC. I have had post office boxes for the entire 40+ years I have lived here for my business and so my medications being sent are not sitting in downtown Indianapolis for 5 days. ALL of those boxes are closed, I no longer have a

business and I have a new pharmacy for my medications. The court has confirmed our address in their files; it has not changed since 2018. A copy of the closing papers has been sent.

Vicki New has been a resident of the Hamilton County and Boone County areas since 1981 moving here before the Colts did, with a transfer from Chicago with my child's father. I met my second husband in 1987 and we were together for 21 years divorcing in 2008. In that 21 years I owned my business for 10 years, raised a child and was active in the community, went back to college and graduated Cum Laude 3.81 GPA in 2008. I was a Carmel Welcome Wagon Hostess and officer of the club. I have worked for the Colts and Pacers during the time my child was in high school band to afford to send them to the Citrus Bowl Parade. My business afforded me business accounts with my vendors and also with UPS and USPS, for shipping my goods. I have had several post office boxes over the years that are now all closed. I met and married James New in 2009 and have retired and live a very simple life enjoying our family. I have a very good wonderful reputation and a lot of friends. I was diagnosed with Celiac Disease in 2010 and have 2 Stents in my heart the surgery done in 2012, and take medication for Tachycardia, "Abnormal rapidity of Heart action". I currently am an Advocate with the Celiac Foundation with the full support of the Celiac Foundation and my dietician who oversees and talks with me when I council or coach those diagnosed with Celiac Disease. Celiac keeps me from doing a lot of what I used to do because of the diarrhea and depending on the food manufacturers to mark food Gluten Free. I don't wish this on anyone but if it helps people to understand what the Federal Ruling is then maybe Celiac would be better understood. I simply do not go anywhere that I don't have total access to bathroom facilities. This is now a disability naming this to the ADA Americans with Disabilities Act and a 20 page document that goes with it for food service and medical treatments. Example: I am the only one at our pharmacy with the Gluten Free heart medication because Celiacs cannot consume gluten and generic medications have gluten in them. It's a constant and expensive battle. A loaf of bread is $7.99, 4 hamburger buns are $5.99, and the list goes on. I have a published recipe in GF Magazine and keep my own book of recipes to share with others I am coaching.

The FHCCI did not pursue testimony from any other people in the neighborhood, there were friends of ours that we had keys to their houses for and which we housesat for. We are curious as to why our complaints were ignored. Furthermore any video that was entered into as evidence were obtained by the plaintiff illegally as they were trespassing and standing on our property as they recorded them.

When there are phone calls or mailings made or sent the parties are speaking to or addressing BOTH James & Vicki New. We are a married couple; 72 years old, retired, living on a Social Security income and conduct our lives jointly. James New has contacted this Attorney in California; and has had emails that were sent to him, we were told that "Liza Demon does not know this Donata Banks". Her conversations with us have been very unprofessional, disrespectful and less than kind. We have been told by an unidentified person from this California firm that "We'll get you". This is a VERBAL THREAT!!! We are very frightened and threatened by these people and felt the constant mailings were just like

all the other mailings we had gotten since 2017 "HATE MAIL". Yes we backed off and declined everything out of fright. We do not know this Liza Demon or the firm in California and if she does not know the Plaintiff how could she testify as to the incidents that occurred. Since she resides in California HOW in the world would she know what went on from 2017 to current 2022? The court papers do not tell the entire story. We feel this firm in California is very intolerant of the way we live here and how we conduct our lives. We knew of the party renting the house across the street and did not know the person's name until we were interviewed jointly by the Fair Housing Center, that now all phone calls to this agency, we are hung up on. We have received letters from the Fair Housing Center but each time now we are told they are not the Attorneys or persons involved in this case.

ALL OF THE ABOVE IS TESTIMONY THAT WILL NOT BE HEARD BECAUSE NO HEARING OR TRIAL HAS EVER BEEN SET AND PROBABLY AFTER FIVE YEARS NEVER WILL. SO THIS BEGS THE QUESTION: WHEN DO WE GET OUR SAY IN THE OCCURRENCES OR IS THIS GOING TO REMAIN A FRAUDULENT, BASELESS, AND UNFOUNDED AND LUDECRIST ONE SIDED STORT???

WHERE IS THIS INFORMATION? NOT HERE AND NOT SUBMITTED BECAUSE ONLY WHAT THEY WANTED YOU TO SEE IS WHAT WAS SUBMITTED AND THAT IS ALL THE COURT AND ATTORNEYS HAVE TO GO ON.

HEARSAY HEARSAY HEARSAY!!!!! THIS IS UNFAIR!!!!!

Respectfully Submitted,

*[signatures]*

James and Vicki New


James & Vicki New
3372 Roundlake Lane
Whitestown, Indiana 46075