UNITED STATED DISTRICT COURT
SOUTHERN DISTRTICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
01/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

James & Vicki New
3372 Roundlake Lane
Whitestown, Indiana 46075

Case Number 1:20-cv-1176-TWP-DLP
Case Number 06C01-2208-CB-001040

December 31, 2022

### PERMANTLY SET ASIDE JUDGMENT WITH PREJUDICE
### CHARGE WITH CONTEMPT HARASSMENT AND TRESPASSING

That Joseph Mulvey from Mulvey Law and Boone Circuit Court Judge Lori Schein; have hired a server that was caught on our RING VIDEO and the neighbors ring video serving paper work to our private home (5) Five times along with Certified and first class mailings.

We contacted Boone County Communications to see if this server was from Boone County. A Whitestown Police officer called us back and said; "Absolutely Not". If service was done by police there would be (2) Two officers servicing the paperwork. We told the officer the entire story. The police want copies of the videos and made notes of all we told them.

If this server comes back they can be are arrested for Trespassing and Harassment. Our neighbor gave us a flash drive of this guy coming to our house. He parks out of view for our camera but our neighbor caught him on theirs. We have three of the videos from December 21, 2022, December 23, 2022, First class mailing on December 23, 2022; First class mailings on November 3, 2022 from Circuit Court of Boone County Lori N. Schein, Judge, December 30, 2022 from Mulvey Law and servicer on December 30, 2022. Whitestown Police have asked us to contact them if this person comes back. We have filed two complaints with the Indiana Supreme Court Commission on Judicial Qualifications and the Indiana Supreme Court Disciplinary Commission.

THIS IS PURE BRUTAL UNACCEPTABLE HARASSMENT THAT WILL NOT BE TOLERATED!!!!!

THIS COURT CAME UP WITH THIS JUDGMENT WITHOUT A HEARING OR TRIAL THAT WE HEARD ABOUT ON THE NEWS TWO YEARS AFTER THE FACT. YOU MADE ALL KINDS OF ACCUSATIONS ABOUT VICKI NEW AND US. YOU DON'T KNOW ANYTHING ABOUT US OR ME JUST A FEMALE PLAINTIFF WHO HAS STAGED THIS ELABORATE HOAX AND COMPLAINED TO EVERY ORGANIZATION SHE COULD FIND THAT WOULD LISTEN TO HER FOR THE PAST (5) YEARS. PEOPLE WHO KNOW US PAY NO ATTENTION BUT THOSE WHO READ THE SOCIAL MEDIA THINK WE ARE THE WORST CRIMINALS ON THE PLANET. WHETHER, OR NOT YOU HAVE SENT ANYTHING TO ME INDIVIDUALLY OR JOINTLY THE MAILINGS AFFECT BOTH OF US AND OUR HOUSEHOLD.

Circuit Court of Boone County Judge Lori Schein and Joseph Mulvey from Mulvey Law should be held accountable for Trespassing and Harassment and Contempt of the Federal Court Order from this court. That James and Vicki New have answered ALL the letters to these courts. When Whitestown Police told us it was not the police serving the paperwork, this became a very frightening and very scary situation. Again we are retired senior citizens and simply not going to accept or tolerate this treatment of this court or the parties involved. This is not the Justice system we grew up with.

IT'S TIME FOR THIS CASE TO BE OVER AND THIS COURT TO PERMANTLY SET THIS JUDGMENT ASIDE WITH PREJUDICE.

WE ARE ASKING THIS JUDGMENT BE PERMANTLY SET ASIDE WITH PREJUDICE.

Respectfully Submitted:

*[signatures]*

James & Vicki New