# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Roger A. G. Sharpe*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

January 11, 2023

Re: FAIR HOUSING CENTER OF CENTRAL INDIANA, INC. et al v. NEW et al
Cause Number: 1:20−cv−01176−TWP−TAB

TO ALL COUNSEL OF RECORD:

      Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge Doris L Pryor to the docket of Judge Tim A. Baker on January 11, 2023. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:20−cv−01176−TWP−TAB should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Dynasty R Brown
Dynasty R Brown, Deputy Clerk