UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
02/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

James & Vicki New
3372 Roundlake Lane
Whitestown, Indiana 46075

Case # 1:20-cv-01176-TWP-TAB

February 6, 2023

### REQUEST TO EXPEDITE AND PERMANENTLY SET ASIDE JUDGMENT WITH PREJUDICE

That on October 7, 2023 this court granted our request to set aside the judgment. Since this date we have been brutally harassed by Attorney Mulvey Law and Circuit Court Judge Lori Schein, have continued to ignore this document and threatened to have me put in prison and body attachment if we don't attend these hearings. A copy of the Exhibit 3 from the process server Ryan Fortune confesses he was here 3 times and went around to neighbors to ask about our residency. Ryan was caught on Ring Video; this is a complete lie and fabrication.

This harassment has affected how businesses have treated James & Vicki New and how the Social Media sites thrive on this stuff. One example is when I owned my business I did a lot of commercial framing in my Picture framing business. I got Thank you notes from those I did work for and have kept those notes. Zionsville EyeCare Dr. James Haines treated my eyes and did all my contact lenses and diagnosed my cataracts when the office was located on Brendon Way in Zionsville early 1990. I did several large Eye Disease poster framings for his office. I received a Thank you note from James Haines (copy included). Since this time Dr. Haines has seen Jim New for an eye exam in 2020 and fraudulently super imposed Jim's signature on a document for treatment, this office wrote letters denying this action and the employer Debbie; Jim remembers they claim never worked there. Abrams Eye Care did the same thing only decided they would check my "arrest record" all has been dismissed, and decided not to continue any care. According to the letter the Carmel and Whitestown Police were contacted. This is absolutely not true; I have a good relationship with both organizations since we moved here in 1981. Currently my hearing aids audiologist has refused to reprogram my

hearing aids and put in domes for latex allergies. I have been forced to find a new audiologist and basically start over.

The list goes on and on. This is a small example of harassment and brutal abuse we have received from professionals and HATE MAIL from around the country, for our care by reading the Social Media sites and making these decisions about my husband and myself based on the lies and the Elaborate Hoax of this Plaintiff and the Fair Housing Agency. All videos that were submitted, or found on the Social Media sites were done while the Plaintiff and others were Trespassing on and standing on our private property. We still want to see the video of the woman claiming "She's calling police on us again" when we tried to call police. The dispatch call from IMPD went straight to the party next door to alert them of us calling for police assistance.

We have stated this in everything we have written that this case has never had a Trial, Hearing and probably never will. We have never had the

fact we would have a hard time finding the people who used to live in the neighborhood and have a good defense. We are troubled by the fact that this court has judged us as well without hearing our side of the story and what really happened. We do not feel safe. Again we are 72 year old seniors, trying to enjoy our retirement. We do not condone the actions of this Plaintiff or the Fair Housing Agency. We witnessed drug dealings, and the license plates, registrations and owner information about the cars example of several were; 3 Dodge Chargers, BMW, Mustang Fast Back etc. we witnessed did not match.

PLEASE EXPEDITE THIS ORDER TO PERMANTLY SET ASIDE THIS JUDGMENT WITH PREJUDICE SO THAT WE CAN FEEL SAFE AND NOT BE THREATENED AND HARASSED ANYMORE BY THESE PEOPLE.

PLEASE EXPEDITE THIS ORDER TO PERMANTLY SET ASIDE THIS JUDGMENT WITH PREJUDICE

Respectfully Submitted:

*James & Vicki New*