UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., and DONATA BANKS, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:20-cv-01176-TWP-DLP |
| VICKI NEW, ) ) ) | |
| Defendant. ) | |

### ORDER ON DEFENDANT'S MOTION TO EXPEDITE AND SET ASIDE JUDGMENT

This matter is before the Court on *pro se* Defendant Vicki New's Request to Expedite and Permanently Set Aside Judgement with Prejudice (Dkt. 180). This two-part Motion is **denied** for several reasons.

With respect to her request to expedite ruling, that request is **denied** because Ms. New's many motions to reconsider have only recently become ripe for ruling. Ms. New has filed three nearly duplicative motions to reconsider. On Sept. 26, 2022 she filed a Motion for Reconsideration (Dkt. 166), on October 12, 2022, she filed a Motion to Reconsider Judgment (Dkt. 172), and on January 9, 2023, she filed a Motion to Permanently Set Aside Judgment with Prejudice Charge with Contempt Harassment and Trespassing (Dkt. 176). By filing repetitive and duplicative motions before allowing the Plaintiffs to respond and the Court an opportunity to issue an order, Ms. New has slowed down the Court's ability to rule on her motions. The third motion, Dkt. 176, just became ripe for ruling a few days ago. No expedited ruling will be made; rather a ruling will be issued shortly, and in due course.

With respect to the instant request to permanently set aside the judgment, Ms. New writes "[t]hat on October 7, 2023 [sic], this court granted our request to set aside the judgment". Ms. New is mistaken, the Court did not grant a motion to set aside the judgment on October 7, 2022; rather the Court granted Plaintiffs' request for an extension of time to respond to Ms. New's request for reconsideration of the judgment. (*See* Dkt. 171.) The request to set aside the judgment, Dkt. 180, is denied because it is duplicative of the three pending motions.

For these reasons, the Request to Expedite and Permanently Set Aside Judgement with Prejudice, Dkt. [180] is **DENIED.** As stated above, the Court will issue a ruling on the three pending motions to reconsider or set aside judgment (Dkts. 166. 172 and 176), in due course.

**SO ORDERED.**

Date: 2/14/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Liza Cristol Deman
BRANCART & BRANCART
lcristoldeman@brancart.com

Jeffrey A. Macey
MACEY SWANSON LLP
jmacey@maceylaw.com

Vicki New
3372 Roundlake Lane
Whitestown, Indiana  46075