UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., and DONATA BANKS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) No. 1:20-cv-01176-TWP-DLP |
| VICKI NEW, KIRKPATRICK MANAGEMENT COMPANY, INC., and TWIN CREEKS HOMEOWNERS ASSOCIATION, INC., | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**:

All claims between Plaintiffs Fair Housing Center of Central Indiana, Inc. and Donata Banks and Defendants Twin Creeks Homeowners Association, Inc. and Kirkpatrick Management Company, Inc. have been **resolved through a settlement agreement and consent decree**.

Pursuant to the Clerk's Entry of Default and the Court's Entry of Default Judgment and Order Awarding Damages, **judgment was entered** against Defendant Vicki New in the amount of **$50,000.00** in compensatory damages to Plaintiff Donata Banks; **$12,529.13** in compensatory damages to Plaintiff Fair Housing Center of Central Indiana; **$100,000.00** in punitive damages to Plaintiff Donata Banks; **$37,587.39** in punitive damages to Plaintiff Fair Housing Center of Central Indiana; and **$26,106.00** as reasonable attorney's fees and costs to Plaintiffs Donata Banks and Fair Housing Center of Central Indiana.

Judgment is entered accordingly, and this action is **TERMINATED**.

Dated: 4/21/2023

Roger A.G. Sharpe, Clerk of Court

By: _____
     Deputy Clerk

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Liza Cristol Deman
BRANCART & BRANCART
lcristoldeman@brancart.com

Jeffrey A. Macey
MACEY SWANSON LLP
jmacey@maceylaw.com

Vicki New
3372 Roundlake Lane
Whitestown, IN 46075

2