UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN THE BOONE CIRCUIT COURT
CIRCUIT COURT OF BOONE COUNTY

James & Vicki New
33752 Roundlake Lane
Whitestown, In 46075

Case No. 1:20-cv-01176-TWP-DLP
Case No. 06C01-2208-CB-1040

April 30, 2023

## TANYA WALTON PRATT
## LORI N. SCHEIN

**FILED**
05/03/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

A copy of the Act Now Advisory: DOJ Serves Notice:
Celiac Disease and Severe Allergies
Now Classified as Disabilities Under the
ADA-Far-Reaching Implications for
Virtually Every Facility Serving Food.
Document Dated: January 24, 2013. (The Document included.)

That on July 20, 2019 United States Department of Justice; United States Attorney Southern District of Indiana; Special Litigation Section; Civil Rights Division; Department of Justice Washington DC, sent a letter that the complaint we filed was being sent to Washington DC. (A copy of the complaint is included)

That on August 8, 2019: <u>ORDER ON MOTION TO DISMISS</u> is signed by Judge Amy Jones stating "The Court having examined State's Motion to Dismiss said Motion and being duly advised, now grants said motion. (Copy included)

That on September 11, 2020 a document dated April 17, 2020, was dropped on our driveway of 3372 Roundlake Lane, Whitestown, Indiana. No service person, the document was just left there. We are not sure how long it had been there when we found it. This document states we have 60 days to respond. We did not know the documents time had expired when it was left in the driveway and that Liza Deman was already planning her Default judgment.
NO PROOF OF SERVICE SIGNATURE IS ON THIS PAPER WORK. (2 pages included)

That James & Vicki New have presented in writing our objections to the Judgment and the fact that there was No Hearing, No Trial in this matter and there never will be; that James & Vicki New have not had the opportunity to tell our side of these issues and still awaiting a response from the US Department of Justice for the Civil Rights complaint we filed to file the Civil Right Law Suit.

On numerous occasions we contacted what we though were Police for incidents in our neighborhood. These calls were unbeknown to us routed to Marion County Dispatch and from there a party at Marion County contacted the residents at 6309 Twin Creeks to inform them police were contacted. It makes sense to us now why the police were so irritated by our calls; because every time we called calls were made to 6309 and the problem we were having or the issue going on was suddenly halted.  The police regularly came to our house and lectured us for making false claims. Proof we made a call for loud music, the female at 6309 came out and announced "There calling police again". This action is unacceptable. These people were then allowed to Broadcast on local TV, You Tube, Social Media and Neighborhood sites all the lies they could come up with about us. We witnessed a lot of activities at this residence. What is said "See Something Say Something" was never happening because all the calls we made were never getting to Police before the call went to parties at 6309 Twin Creeks Dr. to stop whatever the call was made for.

We were told this arrest was a Misdemeanor, first offense with no priors. It would be continued several times and dropped.

I arrived at Marion County on Wednesday August 29, 2018 around 1:30 PM. and was released on Friday August 31, 2018 at 4:00 PM. In that time period I had NO food to eat at all. All I had were small containers of Apple Juice and Water out of a filthy dirty faucet. No bed or anything to sleep on. NO blanket; NO pillow; NO place to sit or sleep just the cold concrete floor or sit on the filthy dirty toilet. Toilet paper was rationed if you were able to get some from someone walking by.

Bond was paid by James New on Thursday August 30, 2018 at 11:00 AM. It took Marion County until Friday at 4:00 PM to get this processed and to release me. I had no access to a phone a very nice person outside the City County Building allowed me to use her phone to call my husband. Still I had NO FOOD. This is now 3 DAYS with NO food NO Medications and Filthy Dirty conditions.

In Marion County while awaiting a bond payment all parties there are held in areas while "Processing" takes place. Deputies admit there is never any hurry to get anything done and all are aware I am a Celiac; I have 2 stents in my heart and have Tachycardia. I made all parties aware of this and they had my list of meds and stent card that I have to carry. I didn't know until later this info was placed in a plastic bag and never read. Marion County has no designated facility to feed or take care of anyone with Celiac disease or give necessary medications. I take Toprol XL for the Tachycardia and have to have Gluten Free food for Celiac Disease. They had NONE. I was shaking and sweating and constantly asked if I was on drugs or alcohol or withdrawing from either. I was very upset by this treatment. A nurse who was very kind came and checked vitals and admitted they did not have Gluten Free food.

My Husband and Attorney were not aware that I had not eaten or the poor conditions I was put in. We were told by IMPD for a misdemeanor I could bond out in a couple of hours. NO SUCH THING IN MARION COUNTY.

A Ruling by the Department of Justice in 2013: As stated: 54616 Act-NOW-Advisory: DOJ Serves Notice: Celiac Disease and Severe Allergies Now Classified as Disabilities Under the ADA-Far-Reaching Implications for Virtually Every Facility Serving Food. The position of the DOJ Civil Rights Division reflected in this precedential settlement agreement shows

that every entity serving food to the public, leasing to those who serve food and even employers with cafeterias must consider how the ADA requirements may affect what food is offered, how it is prepared and even how it is stored. Celiac Disease and others with Food Allergies is a Disability and covered by the ADA. I have had the privilege of speaking with Frank C. Morris Jr. Mr. Morris cannot practice in Indiana but was very kind to speak with about this action.

This ruling was either completely ignored disregarded or not known about in Marion County or the City of Indianapolis. A full copy of this is included with all other paper work. I was told everyone is treated the same even though police told me I would be out in several hours.

Videotaping has become more popular with cell phones and the capability of videotaping on the cell phones that we just have never done. We don't videotape or subscribe to any Social Media. That is just not what we do and believe this has been used as a weapon. These are situations that have happened in our neighborhood that were taped that the IMPD officers consider harassing, provoking and badgering. The parties involved have been asked by IMPD Sgt. Stargel to stop the harassing and provoking. These tapings then and are now only half of the story of constant Harassing Badgering & Provoking. We do not have video tapes just our own account of the events that occurred. In our day the truth is what stood.

James & Vicki New have been deliberately, intentionally, and purposely: harassed, badgered and provoked into acting and reacting in a manner that is completely out of character and unbecoming of us and our personalities. We owned the house at 6315 Twin Creeks Dr. We were members of the HOA. There are no liens or bonds on the property. We are both age 68 and retired. James is a Veteran who served in the US Navy and a 25 yr. cancer survivor. We have 3 Children 2 Married and 4 Grandchildren. We were born and raised in the 50's and 60's by domineering Fathers who set the rules and expected them to be followed. We conduct ourselves now as we did then and are not sure what "Racial Slurs" are we just live life as we have always done. That I guess is no longer acceptable. It has never been our intention to hurt anyone or be disrespectful. An awful lot of emphasis has been put on the color of the epidermis that covers our skeleton. This is not what makes a person. We have always prided ourselves on getting along with our neighbors. We have many who love us and many we consider lifelong friends. We have not seen or been around these situations before. What has happened here hurts deeply from people we thought were our friends really are not. It's a grim reality.

We tried in 2017 to sell the property and move closer to family and finally sold the property in October 2018. We contacted a Counselor to talk with and figure out what we can do to better manage ourselves if ever in these circumstances again. With new surroundings a new beginning and counseling we hope this will be what we need so these situations NEVER happen again.

We have been verbally abused on the phone by Mulvey Law and by an alleged Telephone conversation that was nothing but a female in the background screaming and yelling. **We hung up the phone on both occasions. We will not be in the courts being verbally abused by the Attorneys and Judges without proper defense and LEGAL COUNSEL. THAT UNDER NO CIRCUMSTANCES HAVE JAMES OR VICKI NEW STATED, ANNOUNCED, WRITTEN DOWN THAT WE WERE REPRESENTING OURSELVES. THIS WAS INITIANTED BY TANYA WALTON PRATT AND IS A BOLD, FLAT OUT LIE!!! That James and Vicki New have contacted EVERY Senior Law Project, Indianapolis Lawyer Referral and made personal phone calls to countless Attorneys to the various ways of NO, WE HAVE A HEAVY CASE LOAD, OR THIS IS NOT WHAT OUR FIRM DOES, OR DO NOT RETURN PHONE CALLS FOR THE PAST 6 YEARS AND AS CURRENT AS LAST WEEK.**

**The question still remains: How did your Plaintiff/Client get Attorneys from California, Southern Indiana, Indianapolis, and The Fair Housing Agency. HOW is it all of these agencies are representing this person Elaborate Hoax of a complaint and NOT A SINGLE ATTORNEY WILL EVEN TALK WITH US????? LEGAL EXTORTION!!! AGAIN THERE IS NO WAY WE ARE WALKING INTO ANY COURT ROOM WITHOUT LEGAL REPRESENTATION!!!!!**

SO UNTIL WE GET OR RECEIVE NOTICE FROM THE CIVIL RIGHTS DIVISION for a law suit we wait for their decision. When we get that decision James & Vicki New will be filing a large Civil Rights law suit against the City of Indianapolis, Marion County, IMPD, Marion County Sheriff, The Fair Housing Agency and many others that will be named in this suit. James & Vicki New have a very good law suit and case. We were told by the Celiac Foundation that what happened to me was a Civil Rights violation and we needed to file a Civil Rights law suit. The Civil Rights violation is I have Celiac Disease and was held in the processing center in the basement of the old City County Building for 3 days without food or medication and Marion County Sheriff Deputies slinging Racial slurs and nasty comments at me AND REFUSED ANY ACCOMODATIONS. It is stated that I went to Jail. This absolutely is not true. The NW IMPD told us you will only be there for about 45 minutes and you can go home. SOMEONE POSTED ANOTHER BOLD FACE LIE!!! You do not hold someone with Celiac Disease in an area and refuse to follow the Federal Order and provide food and medication. Our complaint explains this. Amy Jones literally threw the Act Now Advisory from the DOJ document back in my face and announced she didn't have to comply. We literally walked out of the courtroom.

**IN THE MEANTIME WE HAVE FOUND OUT ABOUT ALL OF THE VERY DISTURBING VIDEOS THAT HAVE BEEN POSTED ON THE SOCIAL MEDIA SITES!!**

YOUR Plaintiff/Client needs to present the following videos. Since videos seem to be what is viewed and judged by many we want to see these videos your Plaintiff/Client seems to have left out when giving the alleged facts of this case. We know that video cameras were around the outside perimeter of the house at 6309 Twin Creeks Drive and that many of the parties involved had video cameras on their phones. Here is a list of the missing videos. These videos will tell the true side of the story that has not been told:

1. The video of the female at 6309 Twin Creeks Dr., running out of the garage holding a cell phone in her hand and yelling, "She's calling Police on us again." James & Vicki New witnessed this and know the video camera was right behind the party on the garage door.

This is when we contacted IMPD when the owner of a BMW had the radio BLARING. We contacted the police. Someone at IMPD was notifying the parties at 6309 Twin Creeks Dr., by private cell phone calls that we were calling police "A MOLE INSIDE IMPD"!!!!! The Marion County Sheriff investigated, and said if someone was using their private cell phone that would be hard to find.

2. The video of the IMPD Police Officer placing 'NO TRESPASSING" signs on Public Easement Property; owned, by the City of Indianapolis, Indiana. This Easement property leads to the drainage ditch at the back of the property that leads to a covered drain. Our Real-Estate agent told us of this easement when we purchased the property in 2015. We are a little surprised that the Attorneys and Judges or Police on this case have not contacted the authorities to find out this property has an "Easement" making the ownership of this 4' of property the City of Indianapolis, Indiana.

3. The video of the IMPD Police Officer leading a lynch mob of people to our patio with video cameras rolling and many parties spitting on our front porch.

4. The video of the party who put a NOOSE in our backyard. The video camera was on the back of the house at 6309 Twin Creeks Dr. was aimed right at our back yard.

5. The video of the construction light that was set by our fence and aimed at the side of our house and the bright light shining right inside our house.

6. The videos and blinding bright lights of when we took our dog outside on our own property within our own fence, and all the loud name calling, hateful remarks, intimidation and stalking just waiting for us to come out on our own property.

7. The video of James New walking down the middle of the street caring a gun in a holster and drunk.

8. The video of Vicki New following children to school.

9. The video of the Plaintiffs husband/boyfriend running out of the house they were renting at 6314 Twin Creeks Drive swinging a Red baseball bat at James New.

**LET'S NOT FORGET THAT JAMES NEW WITNESSED THIS PLAINTIFF/CLENT AND OTHERS DEALING DRUGS IN 2017 AND THIS IS THE RESULT. CALLING THE POLICE WAS THE WORST CALL WE EVER MADE!! THIS IS RETRIBUTION FOR THAT PHONE CALL.**


Respectfully Submitted;

*[signatures]*
James & Vicki New